FILED
JAN - 7 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
JAN 0 7 2003
MAGISTRATE JUDGE IAN H. LEVIN
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

03 CR 0011

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. _____ |
| | ) | |
| v. | ) DOCKETED | Violations: Title 18, United States |
| | ) JAN 0 9 2003 | Code, Sections 373 and 1503 |
| MATTHEW HALE | ) | |

JUDGE BUCKLO

## COUNT ONE

The SPECIAL FEBRUARY 2002-1 GRAND JURY charges:

MAGISTRATE JUDGE DENLOW

1. At times material to this indictment the following circumstances existed, among others:

    a. The World Church of the Creator ("WCOTC") was an unincorporated association that held itself out as a religious organization "[d]edicated to the Survival, Expansion, and Advancement of the White Race." The headquarters of the WCOTC were in East Peoria, Illinois, and the WCOTC had branches and members in multiple states and in foreign countries. The WCOTC disseminated information about its principles and teachings through various means, including written documents bearing the WCOTC's name, and through an Internet site bearing the WCOTC's name.

    b. Defendant MATTHEW HALE controlled the operations of the WCOTC and influenced and attempted to influence and control many of the activities of its members, and was known within the WCOTC as the WCOTC's "supreme leader" and "Pontifex Maximus".

c.  The TE-TA-MA Truth Foundation – Family of URI, Inc. ("TE-TA-MA") was a religious organization located in Oregon that had registered the term "Church of the Creator" as a trademark with the United States Patent and Trademark Office. In May 2000, TE-TA-MA filed a lawsuit against the WCOTC in the United States District Court for the Northern District of Illinois, captioned *TE-TA-MA Truth Foundation – Family of URI, Inc. v. The World Church of the Creator*, No. 00 C 2638, alleging that the WCOTC had violated federal trademark law by its use of the term "Church of the Creator."

d.  Defendant MATTHEW HALE participated in, and at times directed, the WCOTC's response to the lawsuit brought by TE-TA-MA.

e.  On November 19, 2002, United States District Judge Joan Humphrey Lefkow, before whom the lawsuit filed by TE-TA-MA was then pending, issued an order that, among other things:

> i.  permanently enjoined the WCOTC "and its members, officers, directors, predecessors, successors, assigns, agents, employees, representatives, attorneys, and all other persons acting for, with, by, or under authority from it, or in concert or participating with it," from using the name and mark "Church of the Creator or any colorable facsimile thereof, including specifically World Church of the Creator, WCOTC, COTC, or the words 'Church' and 'Creator(s)' together in the same name or mark;"
>
> ii. required the WCOTC "and its members, officers, directors, predecessors, successors, assigns, agents, employees, representatives, attorneys, and all other persons acting for, with, by, or under authority from it, or in concert or participating with it," to cease using Internet domain names using the infringing marks, and to "immediately transfer custody and control of the domain names" used to operate the WCOTC's Internet site, "churchofthecreator.com," "wtotc.com" to TE-TA-MA;

   iii. required the WCOTC "and its members, officers, directors, predecessors, successors, assigns, agents, employees, representatives, attorneys, and all other persons acting for, with, by, or under authority from it, or in concert or participating with it," to "deliver up for destruction (or, where feasible, removal or obliteration of any infringing mark from) all" printed and other materials bearing the infringing marks;

   iv. required the WCOTC to "within seven (7) days notify in writing, and by electronic mail (e-mail), all of its members of this Order, and shall deliver a copy of this Order to them;" and

   v. required the WCOTC to file a written report, under oath, with the Court, within 30 days "setting forth in detail the manner and form in which the World Church has complied with the terms of this court."

  f. Also on November 19, 2002, Judge Lefkow denied the WCOTC's request to stay enforcement of the court's order pending appeal.

  g. On December 13, 2002, Judge Lefkow issued an order granting TE-TA-MA's motion for a rule to show cause why the WCOTC should not be held in contempt of the court's order of November 19, 2002, and ordered that "MATTHEW HALE shall appear before this Court on 01/08/03 at 1:30 p.m. to show cause why he should not be held in contempt of this Court."

  2. From on or about November 29, 2002 through at least on or about December 17, 2002, in the Northern District of Illinois, Eastern Division, and elsewhere,

MATTHEW HALE,

defendant herein, with the intent that another person engage in conduct constituting a felony that has as an element the use, attempted use, and threatened use of physical force against the person of another – namely, the forcible assault upon, and the murder of, United States

District Judge Joan Humphrey Lefkow, in violation of Title 18, United States Code, Sections 111(a)(1) and 1114 – and under circumstances strongly corroborative of that intent, did solicit, command, induce, and otherwise endeavor to persuade that other person to engage in such conduct;

In violation of Title 18, United States Code, Section 373.

## COUNT TWO

The SPECIAL FEBRUARY 2002-1 GRAND JURY further charges:

1. The allegations contained in paragraph 1 of Count One of this indictment are realleged and incorporated as if fully set forth here.

2. From on or about November 29, 2002 through at least on or about December 17, 2002, in the Northern District of Illinois, Eastern Division, and elsewhere,

MATTHEW HALE,

defendant herein, corruptly and by force endeavored to influence, intimidate, and impede United States District Judge Joan Humphrey Lefkow, a federal judicial officer presiding over the lawsuit captioned *TE-TA-MA Truth Foundation – Family of URI, Inc. v. The World Church of the Creator*, No. 00 C 2638, in the discharge of her duty;

In violation of Title 18, United States Code, Section 1503(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

RECEIVED
JAN 07 2003
MAGISTRATE JUDGE IAN H. LEVIN
UNITED STATES DISTRICT COURT

No.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

Matthew Hale

**INDICTMENT**

in violation of: Title 18, United States Code, Sections 373 and 1503

A true bill,

_____
Foreman

Filed in open court this _____ day JAN 07 2003, A.D. 19_____

of _____ MICHAEL W. DOBBINS, Clerk

_____
Sheila Moore, Deputy Clerk

Bail, $ _____