Minute Order Form (06/97)

## United States District Court, Northern District of Illinois

FILED

JAN - 7 2003

MICHAEL W. DOBBINS
CLERK, U.S.
DISTRICT COURT

03 CR 0011

JUDGE BUCKLO

MAGISTRATE JUDGE DENLOW

| Name of Assigned Judge or Magistrate Judge | DOBBINS | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 02 GJ 1612 | DATE | FEBRUARY 07, 2003 |
| CASE TITLE | US V. MATTHEW HALE | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

### GRAND JURY PROCEEDING AND REQUEST TO SEAL

The Grand Jury for the SPECIAL FEBRUARY 2002-1 Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

**DOCKET ENTRY:**

TO ISSUE BENCH WARRANT AND THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U. S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE AND ARREST WARRANTS, IN ORDER TO EXPEDITE ARRAIGNMENT OF ARRESTED DEFENDANT. THIS INFORMATION IS NOT TO BE DISCLOSED TO ANY OTHER PARTY AND THE INDICTMENT IS TO REMAIN SEALED UNTIL ARREST OF DEFENDANT OR UNTIL FURTHER ORDER OF THE COURT. DO NOT SEAL ARREST WARRANT

Grand Jury for the SPECIAL FEBRUARY 2002-1 Session,

By: _____ Foreman.

SIGNATURE OF CHIEF JUDGE
OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | JAN 09 2003 date docketed | | 3 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |