# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

In the Matter of    USA
                    v.

               HALE

Case Number:    03CR 11 BUCKLO

### APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

MATTHEW HALE

| (A) | | |
|---|---|---|
| SIGNATURE | | |
| NAME Matthew Madden | | |
| FIRM FEDERAL DEFENDER PROGRAM | | |
| STREET ADDRESS 55 E.Monroe Street, Suite 2800 | | |
| CITY/STATE/ZIP Chicago, Illinois 60603 | | |
| TELEPHONE NUMBER 312/621-8300 | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | |
| MEMBER OF TRIAL BAR? | YES ☒ | NO ☐ |
| TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| (B) | | |
|---|---|---|
| SIGNATURE | | |
| NAME | | |
| FIRM | | |
| STREET ADDRESS | | |
| CITY/STATE/ZIP | | |
| TELEPHONE NUMBER | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ |
| TRIAL ATTORNEY? | YES ☐ | NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ |

FILED
JAN 2003
JUDGE ELAINE E. BUCKLO
UNITED STATES DISTRICT COURT

| (C) | | |
|---|---|---|
| SIGNATURE | | |
| NAME | | |
| FIRM | | |
| STREET ADDRESS | | |
| CITY/STATE/ZIP | | |
| TELEPHONE NUMBER | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ |
| TRIAL ATTORNEY? | YES ☐ | NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ |

| (D) | | |
|---|---|---|
| SIGNATURE | | |
| NAME | | |
| FIRM | | |
| STREET ADDRESS | | |
| CITY/STATE/ZIP | | |
| TELEPHONE NUMBER | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ |
| TRIAL ATTORNEY? | YES ☐ | NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ |

DOCKETED
JAN 0 9 2003

**PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.**