AO 442 (Rev. 6/97) Warrant for Arrest



# United States District Court
### Northern District of Illinois
### Eastern Division

United States of America

**WARRANT FOR ARREST**

    v.

MATTHEW HALE

Case Number: 03CR0011-1
Judge Bucklo

**DOCKETED**

JAN 2 ? 2003

To:    The United States Marshal
And any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest **Matthew Hale** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[Indictment]   Information   Complaint   Order of court   Violation Notice   Probation Violation Petition

charging him or her with:   **Solicit/Commit Crime of violence, Influence/injuring officer**

in violation of Title 18 United States Code, Section(s) 373 and 1503

Patricia Palumbo Issuing Officer

Deputy Clerk

_____
Signature of Issuing Officer

Jan 8, 2003   Chicago, Il

Bail fixed at $

_____
, Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
| Date of Arrest   *1-9-03*   *FBI* | | |

