# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

In the case of *United States v. Matthew Hale*, 03 Cr 11, United States District Judge James Moody has been specially designated to preside because of the nature of the case. It is also necessary, for the same reason, to specially designate a magistrate judge from outside this district to assist Judge Moody as he so requests. Magistrate Judge Andrew P. Rodovich is hereby specially designated to assist Judge Moody as requested in the Northern District of Illinois

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge

Dated at Chicago, Illinois this 22ᵗʰ day of January, 2003.

**DOCKETED**

JAN 2 4 2003