## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**FILED**

JAN 3 0 2003

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03 CR 11 |
| | ) | Judge James T. Moody |
| MATTHEW HALE, | ) | |
| | ) | |
| Defendant. | ) | |

DOCKETED
JAN 3 1 2003

### NOTICE OF FILING

**TO:**   **By Hand Delivery**
M. David Weisman
Victoria Peters
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on the 30th day of January, 2003, the undesigned filed or caused to be filed with the Clerk of the District Court for the Northern District of Illinois, at Chicago, Illinois, the foregoing Agreed Motion for Substitution of Attorneys, a copy of which is hereby served upon you.

Respectfully submitted,

JODI L. GARVEY, Attorney at Law.

**DURKIN & ROBERTS**
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 922-8980

## CERTIFICATE OF SERVICE

**JODI L. GARVEY**, attorney at law, hereby certifies that on January 30, 2003, she

served, or caused to be served, the foregoing motion on the following attorneys of record by hand

delivery:

M. David Weisman
Victoria Peters
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

_____
JODI L. GARVEY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED

JAN 3 0 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
        v.                      )   No. 03 CR 11
                                )   Judge James T. Moody
MATTHEW HALE,                   )
                                )
            Defendant.          )

DOCKETED
JAN 3 1 2003

### DEFENDANT'S AGREED MOTION FOR SUBSTITUTION OF ATTORNEYS

Defendant, **MATTHEW HALE**, respectfully moves this Court for leave to file the

attached appearance of attorneys **THOMAS ANTHONY DURKIN, JODI L. GARVEY** and

**PATRICK W. BLEGEN,** as his attorneys of record, in substitution of Attorney **MATTHEW**

**MADDEN**, and the Federal Defender Program, Inc., and that the Federal Defender Program be

given leave to withdraw. Both Mr. Madden and the United States Attorney's Office have been

apprized of this request, and have no objection to the granting of the same.

Respectfully submitted,

**THOMAS ANTHONY DURKIN,**
Attorney at Law.

**AGREED**:

**MATTHEW MADDEN,** Attorney for
Defendant.

**MATTHEW HALE,** Defendant.

**DURKIN & ROBERTS**
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 922-8980



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of  **United States v. Matthew Hale**

Case Number: **03 CR 11**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

**FILED**

**Matthew Hale**

JAN 3 0 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME Thomas Anthony Durkin | NAME Jodi L. Garvey |
| FIRM Durkin & Roberts | FIRM Durkin & Roberts |
| STREET ADDRESS 53 West Jackson Blvd., Suite 615 | STREET ADDRESS 53 West Jackson Blvd., Suite 615 |
| CITY/STATE/ZIP Chicago, IL 60604 | CITY/STATE/ZIP Chicago, IL 60604 |
| TELEPHONE NUMBER (312) 922-8980 — FAX NUMBER 922-2055 | TELEPHONE NUMBER (312) 922-8980 — FAX NUMBER 922-2055 |
| E-MAIL ADDRESS tdurkin@durkinroberts.com | E-MAIL ADDRESS jgarvey@durkinroberts.com |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 0697966 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6274975 |
| MEMBER OF TRIAL BAR? YES X NO | MEMBER OF TRIAL BAR? YES ☐ NO X |
| TRIAL ATTORNEY? YES X NO | TRIAL ATTORNEY? YES ☐ NO X |
|  | DESIGNATED AS LOCAL COUNSEL? YES NO |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME Patrick W. Blegen | NAME |
| FIRM | FIRM |
| STREET ADDRESS 53 West Jackson Blvd., Suite 615 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, IL 60604 | CITY/STATE/ZIP |
| TELEPHONE NUMBER (312) 922-8980 — FAX NUMBER 922-2055 | TELEPHONE NUMBER — FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6224494 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES X NO | MEMBER OF TRIAL BAR? YES NO |
| TRIAL ATTORNEY? YES X NO | TRIAL ATTORNEY? YES NO |
| DESIGNATED AS LOCAL COUNSEL? YES NO | DESIGNATED AS LOCAL COUNSEL? YES NO |