UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA      )
                              )
      v.                   )     CRIMINAL NO. 03-CR-11-ALL
                              )
MATTHEW HALE  **DOCKETED**    )

**JAN 3 1 2003**

NOTICE

TAKE NOTICE that the above-entitled cause of action is hereby set for DETENTION HEARING on **Thursday, January 23, 2003, at 2:00 P.M.**, in the courtroom of the Honorable Andrew P. Rodovich, United States Magistrate Judge, U.S. District Court, **5400 Federal Plaza, Hammond, IN**

FILED

JAN 16 2003

DATE: January 16, 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

cc:   Counsel Matthew Madden
       AUSA M. David Weisman
       Pretrial Services/Hammond
       U.S. Marshal/Hammond