Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James T. Moody | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 03 CR 11 | DATE | 4/17/2003 |
| CASE TITLE | US vs. Matthew Hale | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ■ Pretrial conference re-set for 8/22/2003 at 8:30 A.M..

(7) ■ Jury trial re-set for 9/22/2003 at 9:00 A.M..

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Hearing held. Defendant's motion (Doc 31-1) to continue trial date is granted. Trial to be held in the U.S. District Court in Chicago, Illinois. Final pretrial conference to be held before Magistrate Judge Andrew P. Rodovich in the U.S. District Court in Hammond, Indiana. Motion (Doc 30-1) to extend time to file pretrial motions is granted. Pretrial motions due May 23, 2003. Responses due June 9, 2003. Replies due June 18, 2003. Defendant's motion Docs 24-1 & 24-2) to enforce Magistrate Judge Rodovich's detention order of February 12, 2003, regarding attorney consultation; and to enjoin the government from requiring attorney affirmations as a precondition of private consultation with defendant is granted. The Court stays execution of this order until 5:00 p.m. April 21, 2003.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | APR 23 2003 date docketed | |
| ✓ | Docketing to mail notices. | | | 35 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| SCT | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

**USA vs Matthew Hale**
**03 CR 11**

**United States District Court**
**Northern District of Illinois**
**Eastern Division**



FILED
APR 17 2003
Chief Judge Charles P. Kocoras
United States District Court

MINUTES from Hearing of April 17, 2003 before Judge James T. Moody in the Northern District of Indiana, Hammond Division:

Government present by M. David Weisman, AUSA and Vicki Peters, AUSA. Dft appears in person and by cnsl Thomas Anthony Durkin and Patrick W. Blegen. Court rules on pending motions: **Motion to Continue Trial - GRANTED.** New trial date: **Monday, September 22, 2003 at 9:00 a.m.** to be held in the U.S. District Court in Chicago, Illinois. Final Pretrial Conference to be held before Magistrate Judge Andrew P. Rodovich on **Friday, August 22, 2003 at 8:30 a.m.** in the U.S. District Court in Hammond, Indiana. **Filing deadlines are as follows**: All pretrial motions are to be filed by May 23, 2003. Any responses are to be filed by June 9, 2003 and any replies are to be filed by June 18, 2003.
Argument heard on "Motion to Enforce Magistrate Judge Rodovich's Detention Order of February 12, 2003, Regarding Attorney Consultation; and to Enjoin the Government from Requiring Attorney Affirmations as a Precondition of Private Consultation with Defendant". Ruling by the Court - the motion is **GRANTED.** The Court **STAYS** the execution of this order until 5:00 p.m. on Monday, April 21, 2003 to allow the Government to consult with the U.S. Attorney. The Government to advise the Court and defense counsel of their decision as to the above matter.

Sharon Boleck-Mroz, Crt Rptr.