Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James T. Moody | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 11 | **DATE** | 4/23/2003 |
| **CASE TITLE** | US vs. Matthew Hale | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]   **ENTER MEMORANDUM:** The new trial date is Monday, September 22, 2003 at 9:00 a.m. in the Dirksen Building, Chicago, Illinois, courtroom to be assigned.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | APR 29 2003 | |
| | Notified counsel by telephone. | | date docketed | 36 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| SCT | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff          )<br>                                 )<br>      v.                         )<br>                                 )<br>MATTHEW HALE,             )<br>        Defendant      )| Cause No. 03 CR 11 |

## MEMORANDUM

On April 11, 2003, defendant Hale filed an agreed motion to continue the trial date of July 14, 2003. At a hearing held on April 17, 2003, to address another issue, the court confirmed that the government had no objection and advised the parties that the motion was granted. This memorandum sets out the court's reasons for granting the motion.

In the motion, defendant Hale advised that his lead defense counsel, Thomas Durkin, will be hosting and of course attending the wedding of his eldest daughter on July 12, 2003, two days before the trial date, and will be preoccupied by many family obligations in the preceding week. The wedding has been scheduled on that date for over a year.

In addition, the court *sua sponte* observes that, due to issues arising from special administrative measures instituted pursuant to 28 C.F.R. § 501.3, defendant Hale was unable to have any private consultation with his defense attorneys from March 3, 2003,[*]

---

[*] Other than a brief in-court consultation.



until April 22, 2003. The inability to consult towards preparation of a defense has already caused defense counsel to seek an extension of time to prepare and file pretrial motions, which was granted, and obviously impacts the ability to adequately prepare for the original July 14, 2003, trial date.

Under all of the circumstances, failing to grant the requested continuance would deny defense counsel the reasonable time necessary for adequate preparation, taking into account the exercise of due diligence. Thus, the court finds that the ends of are served by granting this continuance and outweigh the best interest of the public and the defendant in a speedy trial.

As the parties were previously advised, the new trial date is Monday, September 22, 2003, at 9:00 a.m., in the Dirksen Building, Chicago, Illinois, courtroom to be assigned.

**SO ORDERED.**

ENTER: April 23, 2003

_____
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT