IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAY 2 3 2003

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03 CR 11 |
| | ) | Judge James T. Moody |
| MATTHEW HALE, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS

Defendant, **MATTHEW HALE**, by his attorneys, **THOMAS ANTHONY DURKIN**

and **PATRICK W. BLEGEN**, respectfully moves this Court, pursuant to Rule 17 of the Federal

Rules of Criminal Procedure, for entry of its Order setting a date for early return of trial

subpoenas to be issued by Defendant in this case.

Respectfully submitted,

**THOMAS ANTHONY DURKIN**

**PATRICK W. BLEGEN**, Attorneys for
Defendant.

**DURKIN & ROBERTS**
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 922-8980

