FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 2 6 2003

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS     MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   **NO X    YES ☐**   If the answer is "Yes", list the case number and title of the earliest filed complaint:

   *Moody*
   *Rodovich*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   **NO ☐    YES X**   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   03 CR 011   *US v MATTHEW HALL, BURKLO*

3) Is this a re-filing of a previously dismissed indictment or information?   **NO X    YES ☐**
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO X    YES ☐**   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO X    YES ☐**

6) What level of offense is this indictment or information?   **FELONY X    MISDEMEANOR ☐**

7) **Does this indictment or information involve eight or more defendants?**   **NO X    YES ☐**

8) Does this indictment or information include a conspiracy count?   **NO X    YES ☐**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ............. (II) | ☐ Income Tax Fraud ........... (II) | ☐ DAPCA Controlled Substances .... (III) |
| ☐ Criminal Antitrust ........ (II) | ☐ Postal Fraud ..... ............ (II) | ☐ Miscellaneous General Offenses .... (IV) |
| ☐ Bank robbery ........... (II) | ☐ Other Fraud ..... ............ (III) | ☐ Immigration Laws .............. (IV) |
| ☐ Post Office Robbery ...... (II) | ☐ Auto Theft ...... ............ (IV) | ☐ Liquor, Internal Revenue Laws .... (IV) |
| ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ............. (IV) |
| ☐ Assault ................ (III) | ☐ Forgery.................... . (III) | ☐ Motor Carrier Act ............. (IV) |
| ☐ Burglary .............. (IV) | ☐ Counterfeiting ... ............ (III) | ☐ Selective Service Act .......... (IV) |
| ☐ Larceny and Theft ....... (IV) | ☐ Sex Offenses ..... .......... (II) | ☐ Obscene Mail ............. (III) |
| ☐ Postal Embezzlement ..... (IV) | ☐ DAPCA Marijuana .......... (III) | X Other Federal Statutes .......... (III) |
| ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics .......... (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.

Title 18 U.S.C. Section 373     **DOCKETED**
Title 18 U.S.C. Section 1503

JUN 2 6 2003     *M. David Weisman*

Assistant United States Attorney

(Revised 5/99)