*Judge Moody*

*03 CR 011*

*Magistrate*

*Rodovich*



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**FILED** *✓ FELONY*

AUG 2 7 2003

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1)  Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
    **NO X    YES ☐**    If the answer is "Yes", list the case number and title of the earliest filed complaint:

2)  Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
    **NO ☐    YES X**    If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
    03 CR 011, *US v Matthew Hale, Moody*

3)  Is this a re-filing of a previously dismissed indictment or information?    **NO X    YES ☐**
    If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4)  Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
    **NO X    YES ☐**    If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5)  Is this a transfer of probation supervision from another district to this District?    **NO X    YES ☐**

6)  What level of offense is this indictment or information?    **FELONY X    MISDEMEANOR ☐**

7)  **Does this indictment or information involve eight or more defendants?**    **NO X    YES ☐**

8)  Does this indictment or information include a conspiracy count?    **NO X    YES ☐**

9)  Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

    | | | |
    |---|---|---|
    | ☐ Homicide ............. (II) | ☐ Income Tax Fraud ............ (II) | ☐ DAPCA Controlled Substances .... (III) |
    | ☐ Criminal Antitrust ........ (II) | ☐ Postal Fraud ..... ............ (II) | ☐ Miscellaneous General Offenses .... (IV) |
    | ☐ Bank robbery .......... (II) | ☐ Other Fraud ..... ............ (III) | ☐ Immigration Laws .............. (IV) |
    | ☐ Post Office Robbery ...... (II) | ☐ Auto Theft ...... ............ (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
    | ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ............. (IV) |
    | ☐ Assault ............... (III) | ☐ Forgery.................... . (III) | ☐ Motor Carrier Act .............. (IV) |
    | ☐ Burglary ............... (IV) | ☐ Counterfeiting... ............ (III) | ☐ Selective Service Act ........... (IV) |
    | ☐ Larceny and Theft ....... (IV) | ☐ Sex Offenses..... ............ (II) | ☐ Obscene Mail .............. (III) |
    | ☐ Postal Embezzlement ..... (IV) | ☐ DAPCA Marijuana .......... (III) | X Other Federal Statutes .......... (III) |
    | ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ............ (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.

    Title 18 U.S.C. Section 373    *DOCKETED*
    Title 18 U.S.C. Section 1503    *AUG 2 8 2003*

    _____
    Assistant United States Attorney

(Revised 5/99)