IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
)
    v. )    No. 03 CR 11
)    Judge James T. Moody
)
MATTHEW HALE, )
)
    Defendant. )

## DEFENDANT'S PROPOSED JURY QUESTIONNAIRE

Defendant, **MATTHEW HALE**, by and through his attorneys, **THOMAS ANTHONY**

**DURKIN** and **PATRICK W. BLEGEN**, pursuant to the Due Process and Effective Assistance

of Counsel Clauses of the Fifth and Sixth Amendments to the Constitution of the United States,

respectfully submits the following Proposed Jury Questionnaire.

Respectfully submitted,

_Thomas A. Durkin / by JLB_
THOMAS ANTHONY DURKIN

PATRICK W. BLEGEN, Attorneys for
Defendant.

**DURKIN & ROBERTS**
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 922-8980

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 03 CR 11 |
| | ) | Judge James T. Moody |
| | ) | |
| MATTHEW HALE | ) | |

## COURT'S INSTRUCTIONS REGARDING JURY QUESTIONNAIRE

This questionnaire is designed to obtain information about your background as it relates to your possible service as a fair and impartial juror in this case. Its use will avoid the necessity of asking each prospective juror every one of these questions in open Court, thereby substantially shortening the jury selection process.

Your written answers to this questionnaire will be kept confidential. The questionnaires will be reviewed only by the Judge, the attorneys and their staff for each side. Your answers will not be released to the general public. The questionnaires will be destroyed after the trial.

Please print your name in response to Question 1, and upon completion of the entire questionnaire, please sign your name on the last page where indicated. Respond to each question as fully and completely as possible. Your complete candor and honesty is necessary so that both sides will have a meaningful opportunity to select a fair and impartial jury. Your cooperation is of vital importance.

If you require additional space for your answers or wish to make further comments regarding any of your answers, please use the explanation sheet attached to the back of your questionnaire. If you need to use the explanation sheets, please indicate the number of the question that your additional information relates to.

Please keep in mind that there are no "right" or "wrong" answers, only complete and incomplete answers. Please fill out the entire questionnaire. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" for ("not applicable") rather than leaving the form blank. As part of the jury selection process, you may be asked follow-up questions in open Court about your answers. If for any reason you do not want to answer any of the questions asked, please write the word "PRIVATE" in the space for the answer and you will not be questioned in open Court about your answer. You may however be questioned in private by the Judge and attorneys about your answer. If you do not understand the question, please write that in the space for the answer. The question will be explained to you later during the selection procedure.

Because this questionnaire is part of the jury selection process, the questionnaire is to be answered under your oath as a prospective juror to tell the truth. You are instructed not to discuss this questionnaire with anyone, including your family and fellow jurors.

## PLEASE PRINT THE FOLLOWING

1. Full Name _____

2. Age _____

3. Place of Birth _____

4. Where do you live? _____

5. How long have you lived there? _____

6. Do you? (Check One):                    ( ) Own your Home

   ( ) Rent House                          ( ) Live with parents or relatives

   ( ) Rent Apartment                      ( ) Live with friends

   Is your place of residence a condominium? ( ) Yes ( ) No

   If yes, are there security guards and/or gates limiting access to your community?
   ( ) Yes ( ) No

7. Parents' occupation: (If retired or deceased, give their prior occupations).

   Mother: _____

   Father: _____

8. Do you consider yourself: ( ) Caucasian ( ) Afro American

   ( ) Oriental   ( ) Native American   ( ) Other (specify) _____

9. What is your education level and major area of study? _____

10. If married, what is your spouse's education level and major area of study? _____

11. Have you ever taken courses or do you consider yourself to be knowledgeable in any of the following areas:

( ) Law  ( ) Political Science

( ) Criminology  ( ) Psychiatry/Psychology

( ) Sociology

12. Are you currently attending school? ( ) Yes  ( ) No

13. What is your occupation? _____

Employed: ( ) Yes  ( ) No

If yes, place of employment: _____

14. What do you do? _____

15. How long have you held your current job? _____

16. Do you have a second job? ( ) Yes  ( ) No

If yes, describe where and what: _____

17. Marital Status: _____

18. If married, widowed, or divorced, what is or was your spouse's occupation? _____

Employed: ( ) Yes  ( ) No

Spouse's place of work? _____

What does your spouse do? _____

How long have they had their job? _____

19. Does your spouse have a second job? ( ) Yes  ( ) No

If yes, describe where and what spouse does:_____

20. Spouse's education level? _____

21. Spouse's major area of study? _____

22. Number of children you have? _____

3

23.  Do any children live in your home now? ( ) Yes  ( ) No

If yes, number of children and ages of each? _____
_____

24.  List for each child you've had their: (a) Age; (b) City of residence; (c) Grade in school if currently a student; and, (d) Occupation and place of employment, if any:

1. (a) _____ (b) _____ (c) _____

(d)_____

2. (a) _____ (b) _____ (c) _____

(d)_____

3. (a) _____ (b) _____ (c) _____

(d)_____

4. (a) _____ (b) _____ (c) _____

(d)_____

5. (a) _____ (b) _____ (c) _____

(d)_____

6. (a) _____ (b) _____ (c) _____

(d)_____

( ) Check here if more children and list the same way on back of this page.

25.  List the organization(s) to which you belong and in which you are active.  (Organizations such as: church, school, social, political fraternal, service, professional, business, sports, or recreational, union, etc.)

1. _____  2. _____

3. _____  4. _____

5. _____  6. _____

4

( ) Check here if more organizations and list on the attached explanation sheet.

26. Have you held office(s) in any of these organizations?

( ) Yes   ( ) No

If yes, list organization and what office? _____
_____

27. If you are married, list organization(s) in which your spouse is active, and any office(s) your spouse has held: _____

28. What are you hobbies, spare time activities, and outside interests?

1. _____  2. _____

3. _____  4. _____

5. _____  6. _____

29. What single newspaper do you read most often? _____

How often do you read it:  ( ) Once a week  ( ) 2-3 Times per week
( ) 4 or more times per week  ( ) Daily  ( ) Only when something special is reported
( ) Sunday Only

30. What other newspaper(s) do you occasionally read? _____
_____

31. Have you read, seen or heard any news reports concerning the federal government's investigation into Matt Hale, Ben Smith or the World Church of the Creator? _____
_____

32. Do you know anything about the investigation of any of the individuals or entities beyond what you have heard in the press? _____

33. Have you read, seen or heard any news reports concerning this case? _____

If so, please describe: _____
_____
_____
_____

5

Has what you read, seen or heard affected your ability to be impartial in this case?

_____

Do you think, notwithstanding what you have read, seen or heard, you can judge this case solely on the evidence presented in the courtroom? _____

34. What TV news program(s) do you most often watch?

1. _____  2. _____

3. _____  4. _____

35. How many times per week do you watch the TV news? _____

36. Do you listen to news radio? _____ How often? _____

37. What magazines and periodicals do you read regularly? _____

_____

38. What types of books do you most enjoy reading? _____

_____

39. Have you ever been a party to a lawsuit? _____

If yes, describe type of lawsuit and the outcome. _____

_____

40. Have you ever appeared as a witness before a Federal or State Grand Jury (Grand Jury, not Trial Jury? ( ) Yes  ( ) No

If yes, where and when? _____

41. Have you ever appeared as a witness in a criminal prosecution? (Including court martial?) ( ) Yes  ( ) No

If yes, state what kind of case, where and when? _____

42. Have you ever served on a Federal or State Grand Jury?
( ) Yes   ( ) No

If yes, where and when? _____

If yes, were you the foreperson (Foreman)? ( ) Yes  ( ) No

6

43. How many times have you served on a <u>civil</u> trial jury? _____

    Did you reach a verdict each time? ( ) Yes ( ) No

44. How many times have you served on a <u>criminal</u> trial jury? _____

    Did you reach a verdict each time? ( ) Yes ( ) No

45. Have you, any relatives, or close friends ever been a volunteer or member of an auxiliary or reserve law enforcement agency? ( ) Yes ( ) No

46. Have you ever given a deposition (a statement under oath) in a legal proceeding? ( ) Yes ( ) No

47. Do you have any physical problems, including eyesight, hearing, back, etc. that might interfere with your service as a juror? ( ) Yes ( ) No

    If yes, explain: _____

48. Have you ever been a law enforcement officer? ( ) Yes ( ) No

    If yes, state what kind, where and when: _____

49. Have you ever wanted to be a police officer? ( ) Yes ( ) No

50. Have you ever called the police? ( ) Yes ( ) No

    If yes, please explain: _____
    _____

51. Have you ever served in the military? ( ) Yes ( ) No

    If yes, what was your highest rank? _____

    If yes, how long did you serve? _____

    If yes, were you involved in combat? ( ) Yes ( ) No

52. Were you ever in the military police or shore patrol? ( ) Yes ( ) No

53. Do you have a close friend or relative who is now or has ever been employed in law enforcement? ( ) Yes ( ) No

7

If yes, state what kind, when and where: _____

_____

54. Do you know any judges, Assistant State Attorneys, Assistant U.S. Attorneys or criminal defense lawyers? ( ) Yes ( ) No

If yes, indicate their name and nature of relationship: _____

_____

55. What is the first thing that comes to you mind when you think of:

(a) Defense attorneys: _____

(b) Prosecutors or Assistant U.S. Attorneys: _____

56. Have you ever been the victim of or witness to a crime? ( ) Yes ( ) No

If yes, state what kind of crime and when: _____

57. Is there anything about the nature of the charges in this case — alleged solicitation of murder of a federal judge and obstructing a federal judge in the performance of his or her duties — that makes you unsure about your ability to be a fair and impartial juror? ( ) Yes ( ) No

Please explain. _____

_____

_____

58. Do you have a close friend or relative who has been a victim of or witness to a crime? ( ) Yes ( ) No

If yes, state what kind of crime and when: _____

59. Have you ever been arrested or accused of a crime? ( ) Yes ( ) No

If yes, please indicate: (a) the nature of the offense for which you were arrested or charged; and (b) the disposition of the charge. _____

_____

60. Have you ever been convicted of a criminal offense other than a traffic offense? ( ) Yes ( ) No

If yes, please indicate: (a) the nature of the offense; and (b) the disposition of the case; *i.e.*, imprisonment, probation, fine, etc. _____

_____

8

61.    Has a member of your family, or close friend ever been arrested, charged or convicted of a criminal offense other than a traffic offense? ( ) Yes  ( ) No

If yes, please indicate: (a) the individual's relationship to you; (b) the nature of the offense; and (c) the disposition of the charge; *i.e.*, imprisonment, probation, fine, etc.

_____

_____

62.    Have you ever been questioned as part of a criminal investigation by any federal, state or local law enforcement agency? ( ) Yes    ( ) No

If yes, please explain the circumstances _____

_____

_____

63.    Do you have any relatives or friends who are or were elected or appointed public officials, including judges? ( ) Yes  ( ) No

64.    Have you, a member of your family, a relative, or a close friend ever been employed by the federal government or a state agency? ( ) Yes  ( ) No

If yes, please describe the person's employment and relationship to you. _____

_____

65.    Do you speak or read any languages in addition to English? ( ) Yes  ( ) No

If yes, please list the language(s): _____

66.    Do you consider yourself politically active, moderately active, or inactive? (Circle one)

67.    Do you hold any religious, philosophical, moral or other beliefs that would make it difficult for you to sit in judgement of another person? ( ) Yes  ( ) No

68.    Please name any criminal cases you have followed in the media: _____

_____

Why did you follow the case? _____

_____

69.    One of the basic principles of American law is that a person cannot be convicted unless the prosecution proves the charges beyond and to the exclusion of a reasonable doubt. How do you feel about this principle of law? _____

_____

9

70. What do you consider to be your most significant or important informal learning experience? _____
_____

71. What do you think are the three biggest problems facing Americans today?

1. _____

2. _____

3. _____

72. In your opinion what are the major causes of crime? _____
_____

73. Do you believe the criminal justice system makes it too hard for the police and prosecutor to convict people accused of crimes? ( ) Yes ( ) No

Please explain: _____
_____
_____

74. In general what do you think should be done about the crime problem? _____
_____
_____

75. Would you give greater weight to testimony of a law enforcement office than you would to the testimony of other witnesses? ( ) Yes ( ) No

Please explain:_____
_____

76. How do you feel about government offering promises of leniency in exchange for testimony? _____
_____

77. Would you treat the testimony of a paid informant the same or different from any other witness? _____

78. Under the American criminal justice system, the defendant is innocent unless proven guilty. Some people believe it should be the other way around and that the defendant should prove he is innocent. What are your feelings about that? _____
_____
_____

10

79. In a criminal case, a defendant is not required to testify, and if the defendant does not testify, jurors are not supposed to draw any conclusions from that fact.

    a. How comfortable are you with that? _____

    b. Does the idea that you might not hear from the defendant disturb you? _____
    Why? _____
    _____

    c. Would you expect the defendant to testify? _____ Why? _____
    _____
    _____

    d. Do you think it would be better if defendants were required to testify? _____
    Why? _____
    _____

    e. How would you feel about the defendant if he does not testify? _____
    _____
    _____

    f. Can you think of any reasons why an innocent person might not testify at their own trial? _____ Why is that? _____
    _____
    _____

    g. Do you think you will need to hear both sides before you can make up your mind? _____ Why? _____
    _____
    _____

80. Do you express yourself better speaking or writing? (Circle one).

81. Were there any questions you did not understand? ( ) Yes ( ) No

    If yes, which questions? _____

82. Is there anything which you feel should be brought to the court's attention that might affect your ability to be as fair and impartial a juror as you would like to be or any reason why you may not want to serve as a juror in this case? _____
    _____
    _____

83. Is there any matter you would prefer to discuss privately with the court? ( ) Yes ( ) No

11

I DO HEREBY DECLARE THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF ALL OF THE ANSWERS HEREIN GIVEN ARE TRUE AND CORRECT.

(Date)_____(Signature)_____

**EXPLANATION SHEET**