## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**FILED**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MATTHEW HALE, | ) |
| | ) |
| Defendant. | ) |

NOV - 7 2003

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

No. 03 CR 11
Judge James T. Moody

### NOTICE OF FILING

**DOCKETED**

NOV 1 0 2003

TO: **By Hand Delivery**
M. David Weisman
Victoria Peters
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on the 7th day of November, 2003, the undesigned filed

or caused to be filed with the Clerk of the District Court for the Northern District of Illinois, at

Chicago, Illinois, the foregoing Supplement to Defendant's Motion for Relief from Forfeiture

Pursuant to Rule 12(e), a copy of which is hereby served upon you.

Respectfully submitted,

**PATRICK W. BLEGEN**, One of the
Attorneys for Defendant.

**DURKIN & ROBERTS**
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 922-8980



## CERTIFICATE OF SERVICE

**PATRICK W. BLEGEN**, attorney at law, hereby certifies that on November 7, 2003, he

served, or caused to be served, the foregoing pleading on the following attorneys of record by

hand delivery:

M. David Weisman
Victoria Peters
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

**PATRICK W. BLEGEN**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

NOV - 7 2003

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03 CR 11 |
| | ) | Judge James T. Moody |
| MATTHEW HALE, | ) | |
| | ) | |
| Defendant. | ) | |

**DOCKETED**

NOV 1 0 2003

## SUPPLEMENT TO DEFENDANT'S MOTION FOR
## RELIEF FROM FORFEITURE PURSUANT TO RULE 12(e)

Defendant, **MATTHEW HALE**, by his attorneys, **THOMAS ANTHONY DURKIN**

and **PATRICK W. BLEGEN**, pursuant to Rule 12(e) of the Federal Rules of Criminal

Procedure, as well as the Due Process and Effective Assistance of Counsel Clauses of the Fifth

and Sixth Amendments to the Constitution of the United States, respectfully submits the

following supplement to his motion for relief from forfeiture of the claims and arguments made

in his Motion to Dismiss Counts Two and Three of the Indictment; Request for Additional

Discovery & for an Evidentiary Hearing, filed on September 29, 2003.

1. On October 2, 2003, the Court denied, as untimely, Defendant's Motion to

Dismiss Counts Two and Three of the Indictment; Request for Additional Discovery & for an

Evidentiary Hearing. Based on the untimely filing, the Court concluded that the claims made in

the motion to dismiss had been forfeited.

2. On October 14, 2003, undersigned counsel filed a motion for relief from forfeiture

of the arguments contained in the motion to dismiss. Such motion presented facts and arguments

which counsel believe represent "good cause" sufficient for the Court to grant relief from

forfeiture pursuant to Rule 12(c) of the Federal Rules of Criminal Procedure.

3. In addition to the facts and arguments previously advanced, counsel submit that the recent continuance of the trial of this matter until April 5, 2003, provides a further basis for the Court to grant relief from forfeiture. Such continuance provides the government sufficient time to respond to the motion to dismiss as well as time for the Court to provide a ruling.

Respectfully submitted,

THOMAS ANTHONY DURKIN

PATRICK W. BLEGEN, Attorneys for Defendant.

**DURKIN & ROBERTS**
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 922-8980

2