**FILED**

APR 19 2004

UNITED STATES DISTRICT COURT

RECEIVED

APR 19 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03 CR 11 |
| | ) | Judge James T. Moody |
| MATTHEW HALE, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S PROPOSED JURY INSTRUCTIONS SUBMITTED APRIL 19, 2004

Defendant, **MATTHEW HALE**, by and through his attorneys, **THOMAS ANTHONY DURKIN** and **PATRICK W. BLEGEN**, pursuant to the Rule 30 of the Federal Rules of Criminal Procedure, and the Due Process and Effective Assistance of Counsel Clauses of the Fifth and Sixth Amendments to the Constitution of the United States, respectfully submits the following Proposed Jury Instructions.

Respectfully submitted,

_Thomas A. Durkin / by JLG_
**THOMAS ANTHONY DURKIN,**

_Patrick W. Blegen / by JLG_
**PATRICK W. BLEGEN,** Attorneys for
Defendant.

**DURKIN & ROBERTS**
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 922-8980

**DOCKETED**
APR 21 2004

DEFENDANT'S PROPOSED JURY INSTRUCTION SUBMITTED 4/19/04 NO. 1

It is not a violation of Federal or Illinois law to know that a crime may be committed at some time in the future, yet fail to inform authorities.

AUTHORITY:

18 U.S.C. §4; *United States v. Daddano*, 732 F.2d 1119, 1124 (7th Cir. 1970); 720 ILCS §5/31-5; *In re Masters*, 91 Ill.2d 413, 425-26, 438 N.E.2d 187, 192 (Ill. 1982); *People v. Vath*, 38 Ill.App.3d 389, 347 N.E.2d 813 (4th Dist. 1976). By negative inference.

DEFENDANT'S PROPOSED JURY INSTRUCTION SUBMITTED 4/19/04 NO. 2

There is no obligation under Federal or Illinois criminal laws to prevent another person from committing a crime or to attempt to convince another person not to commit a crime.

AUTHORITY:

18 U.S.C. §4; *United States v. Daddano*, 732 F.2d 1119, 1124 (7th Cir. 1970); 720 ILCS §5/31-5; *In re Masters*, 91 Ill.2d 413, 425-26, 438 N.E.2d 187, 192 (Ill. 1982); *People v. Vath*, 38 Ill.App.3d 389, 347 N.E.2d 813 (4th Dist. 1976). By negative inference.