**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA,                    )
                                             )
        Plaintiff,                        )
                                             )
    v.                                       )    No. 03 CR 11
                                             )    Judge James T. Moody
MATTHEW HALE,                                )
                                             )
        Defendant.                        )

*FILED*

*APR 2 0 2004*

*UNITED STATES DISTRICT COURT*

*DOCKETED*

*APR 2 1 2004*

**DEFENDANT'S MOTION FOR JUDGMENT OF
ACQUITTAL AT THE CLOSE OF THE GOVERNMENT'S CASE**

Defendant, **MATTHEW HALE**, by and through his attorneys, **THOMAS ANTHONY DURKIN** and **PATRICK W. BLEGEN**, pursuant to Rule 29 of the Federal Rules of Criminal Procedure, moves this Court for a judgment of acquittal at the close of the government's case; and, as grounds therefor, states that the evidence presented by the government is insufficient to sustain a conviction beyond a reasonable doubt on Counts One, Four and Five: obstructing the administration of justice; and, Counts Two and Three: solicitation to commit murder.

Respectfully submitted,

_____
**THOMAS ANTHONY DURKIN**,

_____
**PATRICK W. BLEGEN**, Attorneys for
Defendant.

**DURKIN & ROBERTS**
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 922-8980

*146*