03 Cr 11 — USA v Hale

Juror Question

FILED

APR 1 2 2004

~~UNITED~~ STATES DISTRICT COURT

Your honor —

Thank ~~you for~~ your openness to the jury asking you questions. Because this is my 1st time on a jury, I have a few questions. I know you may or may not choose to answer (or the answer will become apparent as the process unfolds).

Thank you for your consideration.

Respectfully, Mark Hoffman

DOCKETED
2-7 2004

1) Will we be told what exactly "obstruction of justice" & the other charge means?

2) Thank you for letting us know we can't take notes ~~while in the courtroom~~. However, is it a problem if I jot notes down later, in the deliberation room, so I can remember my perception to the events in the courtroom. & testimony

3) Do we have to reach a unanimous decision, simple majority, 2/3, etc? I imagine it is too early for this question, but I have no idea how this works.