juror Question

FILED

APR 1 5 2004

UNITED STATES DISTRICT COURT

4/15/04

Good Morning Judge Moody,
There is a concern about my blood test. The dr. is ordering the test to be re-done & the fax is coming here. This will be a blood order for me at the end of the day.

Thank you
Lucy Davenport,

APR 2 1 2004

158

158