03 CR 11
USA v Hole
Juror Question

FILED
APR 16 2004
UNITED STATES DISTRICT COURT

4-16-04

Good Morning Judge Moody.

Thank you so much for releasing us on time, on 4/15. I made it right on time the blood bank class every day at 5:30 again Thanks.

Lucy

You have a bless weekend.

159