03 CR11
USA v Hale
Jury Question

FILED
APR 2 2 2004
UNITED STATES DISTRICT COURT

4/22/04

Hello Judge Moody,

I am sure we are not going to reach a decision today. Can we retire the day? Can the door at 4:15?.

Lucy Davenport

DOCKETED
APR 2 7 2004

163