FILED

APR 2 2 2004

UNITED STATES DISTRICT COURT

Jury Question

Judge Moody

May We have a flipchart & markers IN order to write notes (a timeline on the wall? (and scotch/masking tape)

Thank you.

Mark Hoffman

DOCKETED

APR 2 3 2004

164