03cr11 U.S. vs Hall

jury Question

Can we have council please use specific dates when they are mentioned (i.e. December 19th, 2001)? It helps to build a time line in my mind.

Thank you!

Keith McClellan

FILED
APR 22 2004
UNITED STATES DISTRICT COURT

DOCKETED
APR 27 2004

166