USA v Hale
Juror Question

FILED

APR 23 2004

UNITED STATES DISTRICT COURT

DOCKETED

APR 2 2004

Your honor—

I don't know if you will can answer this, but can you explain what is meant when one of the attorneys objects on the basis of "Impeaching."

Perhaps we are not suppose to know legal terms as they are not evidence, but I thought I'd ask.

Respectfully, Mark Hoffman

167