03 cr 11 - USA v Hale

Jury Question

FILED

APR 2 2 2004

UNITED STATES DISTRICT COURT

Judge Moody,
We need a copy
of the letter to Judge Lefkow
the letter was sent, was it
open by her? The letter is
not in folder for 12/12/02

Exh - 11:

Lucy Davenport

DOCKETED

APR 2 2004