03 CR 11

USA v Hale
Jury Question

FILED
APR 23 2004
UNITED STATES DISTRICT COURT

Dear Judge Moody —

We will not be able to finish deliberating today by 4:30pm without feeling like we are rushing a verdict.

Respectfully,

Mark Hoffman

DOCKETED
APR 27 2004

DOCKETED
APR 27 2004

172

172