Jury Question

FILED
APR 23 2004
UNITED STATES DISTRICT COURT

Judge Moody,

We need all court transcripts related to the witness Jon Fox (whenever he was in court being questioned by the govt or the defense).

Thank you,

DOCKETED
APR 2 3 2004

173