Jury Question

FILED
APR 2 3 2004
UNITED STATES DISTRICT COURT

4/23

Dear Judge Moody,

May we have transcripts of both the opening & closing statements of both sides? We know, per. pg. 6 of your orders that we can not consider them evidence. We would like the statements as they will provide an outline to point us to evidence that we may consider.

Sincerely,

P.S. May we have all transcripts of Elizabeth Fox's testimony.