Jury Question

03 CR 11 – USA v Hale

FILED

APR 2 3 2004

UNITED STATES DISTRICT COURT

Dear Judge Moody

We need your clarification of the word "or" in the second proposition of Count # Two.

~~Do we need to~~

Does the Government have to prove beyond a reasonable doubt that the Defendant did all 4 (solicit, command, induced, endeavored to persuade)

Or does the gov't only need to prove one of the 4 pts. For example, if we believe the gov't proved that Matt Hale "induced" Tony Evola, ~~do we need to focus on the other three conditions~~ does that satisfy the proposition?

Respectfully
[signature]

177

DOCKETED

17