*Jury Question*
*03cr11 USA v Hale*

FILED
APR 2 6 2004
UNITED STATES DISTRICT COURT

4/26/04

Dear Judge Moody,

We need clarification regarding count #4.

1 — Regarding the use of the word "murder" in proposition #2, what is the legal definition of "murder."

2 — We noticed that count #4 is the 1st time that "murder" is not found in the relevant portions of Title 18, sections 1503 (a) or Section 373 (both of title 18), which are described on pg. 16 of the court's instructions. Why is the term "murder" used in prop #2 of count #4, but not found on pg. 16 of court's Instructions.

Mark Hoffman

179