# FINANCIAL AFFIDAVIT

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
(Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|

IN THE CASE OF _United States_ vs. _Hale_

FOR _Northern District of Illinois_
AT _Chicago, Illinois_

LOCATION NUMBER: _ILNCC_

PERSON REPRESENTED (Show your full name): _Jon Fox_

**FILED**
APR 2 8 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| DOCKET NUMBERS | |
|---|---|
| Magistrate | |
| District Court | _03 CR 11_ |
| Court of Appeals | |

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☒ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box → ) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**

Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed

Name and address of employer: _Jeff Martin, Minot, North Dakota_

IF YES, how much do you earn per month? $ _Approx. 800.00_

IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☐ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

RECEIVED | SOURCES

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES

**CASH**

Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ _Approx. 40.00_

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT $ _Approx. 1,400_ _1987 Chevrolet Tahoe_

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☒ SEPARATED OR DIVORCED

Total No. of Dependents: _2_

List persons you actually support and your relationship to them:
_Elizabeth Fox (daughter)_
_Tiffany Fox (daughter)_

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| _Rent_ | | $ | $ _450.00_ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _4.14.04_

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _Jon Fox_

