**FILED**

MAY 0 4 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 03 CR 011 |
| v. | ) | |
| | ) | Judge James T. Moody |
| MATTHEW HALE | ) | (sitting by designation) |
| | ) | |
| Defendant. | ) | |

**DOCKETED**

MAY 5 – 2004

## NOTICE OF FILING

**TO:**

Thomas Anthony Durkin
Patrick Blegan
The Monadnock Building, Suite 615
53 W. Jackson Blvd.
Chicago, Illinois 60604

Victoria Peters
M. David Weisman
U.S. Attorney's Office
219 South Dearborn Street, Suite 500
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on **Tuesday May 4, 2004**, we caused to be filed with the

United States District Court for the Northern District of Illinois the attached **Motion of Chicago**

**Tribune To Intervene And For Immediate Access To Public Records Under Seal**, a copy of

which is hereby served upon you.

One of the Attorneys for
Chicago Tribune Company

Natalie J. Spears (#6230320)
S. Roberts Carter III (#6277232)
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 03 CR 011 |
| v. | ) | |
| | ) | Judge James T. Moody |
| MATTHEW HALE | ) | (sitting by designation) |
| | ) | |
| Defendant. | ) | |

**FILED**

MAY 0 4 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DOCKETED**

MAY ... 2004

## MOTION OF CHICAGO TRIBUNE TO INTERVENE AND FOR IMMEDIATE ACCESS TO PUBLIC RECORDS UNDER SEAL

NOW COMES Chicago Tribune Company ("Tribune"), by its undersigned attorneys, pursuant to Federal Rule of Civil Procedure 24(b)(2), and moves this Honorable Court to allow Tribune to intervene in this matter for the limited purpose of obtaining access to a sidebar transcript that has been filed under seal in this case. In support of this Motion, Tribune has submitted an accompanying memorandum of law, and states as follows:

1.       On April 26, 2004 defendant Matthew Hale was convicted on four counts of the indictment in the above-captioned case, including soliciting the murder of United States District Court Judge Joan Humphrey Lefkow.

2.       This criminal case involves matters of great public significance, including the operations of a white supremacist organization with nationwide membership and criminal acts against a United States District Court Judge.

3.       The day after the trial concluded, a reporter for the *Chicago Tribune* sought access to material in the court file, including the transcript of a sidebar that was held on April 9, 2004. The reporter's request was denied because the transcript had been placed under seal.

196

4.      To fairly and accurately report on this important public matter, Tribune now seeks to exercise its constitutional First Amendment right to intervene and obtain access to the April 9, 2004 sidebar transcript.

5.      Through a long and distinguished history of cases, the United States Supreme Court and the Seventh Circuit have recognized a presumption of public access to criminal court proceedings and judicial documents. That presumption is not overcome in this case.

6.      This Court did not have the benefit of the arguments and case law, now presented here, in support of the public right of access to the sidebar transcript.

7.      The release of the transcript after the conclusion of the trial does not pose a threat to the Defendant's right to a fair trial.

8.      For these reasons and those stated in Tribune's a companying brief, the April 9, 2004 sidebar transcript should be unsealed and disclosed to the public immediately.

WHEREFORE, Tribune moves this Court to allow Tribune to intervene in this matter so as to obtain immediate access to the April 9, 2004 sidebar transcript.

Respectfully submitted,

By: _____

One of the attorneys for Chicago Tribune Company

Natalie J. Spears (#6230320)
S. Roberts Carter III (#6277232)
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
Chicago, IL  60606
(312) 876-8000

Dated: May 4, 2004

14376388

- 4 -

## CERTIFICATE OF SERVICE

I, S. Roberts Carter III, hereby certify that I served a copy of the foregoing Notice of Filing, Motion of Chicago Tribune To Intervene And For Immediate Access to Public Records Under Seal upon:

Thomas Anthony Durkin
Patrick Blegan
The Monadnock Building, Suite 615
53 W. Jackson Blvd.
Chicago, Illinois 60604

Victoria Peters
M. David Weisman
U.S. Attorney's Office
219 South Dearborn Street, Suite 500
Chicago, Illinois 60604

by causing a copy to be delivered by messenger on this 4th day of May, 2004.

_____
S. Roberts Carter III