Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James T. Moody | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 11 | **DATE** | 5/5/2004 |
| **CASE TITLE** | US vs. Matthew Hale | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  The Chicago Tribune Company's motion (Doc 196-1) to intervene, and to unseal a portion of the transcript in this case is granted. The transcript of the sealed sidebar conference occurring on April 9, 2004, in which defendant Hale personally participated in now unsealed except that the court reporter shall redact any venire member names that may appear. It is further ordered that in the event any venire member names inadvertently appear in the transcript, the Tribune, its officers, employees, agents and any other person or entity acting by or for it shall bring the fact immediately to the attention of the court and the parties and shall not make any further disclosure of that name or names.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | |
| | No notices required. | | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | | | |
| | Notified counsel by telephone. | | MAY 1 0 2004 date docketed | | |
| | Docketing to mail notices. | | | | 200 |
| | Mail AO 450 form. | | docketing deputy initials | | |
| | Copy to judge/magistrate judge. | | | | |
| SCT | courtroom deputy's initials | | date mailed notice | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | | |

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03 CR 11 |
| | ) | |
| MATTHEW HALE, | ) | |
| Defendant. | ) | |

**DOCKETED**
MAY 1 0 2004

### ORDER

The Chicago Tribune Company ("Tribune") has filed a motion to intervene, and to unseal a portion of the transcript in this case, a sidebar conference occurring during jury selection on April 9, 2004, in which defendant Matthew Hale participated. The parties have both sent letters (copies attached to this order) by facsimile to the undersigned in chambers indicating that, with one qualification, they have no objection to the Tribune's request. The qualification, requested by the government, is that any names of jury venire members that may appear in the transcript (the government believes there are none) be redacted.

Accordingly, the Tribune's motion is **GRANTED**. The transcript of the sealed sidebar conference occurring on April 9, 2004, in which defendant Hale personally participated is now **UNSEALED** except that the court reporter shall redact any venire member names that may appear. **IT IS FURTHER ORDERED** that in the event any venire member names inadvertently appear in the

transcript, the Tribune, its officers, employees, agents and any other person or entity acting by or for it shall bring that fact immediately to the attention of the court and the parties and shall not make any further disclosure of that name or names.

SO ORDERED.

ENTER: May 5, 2004

JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT



*United States Attorney*
*Northern District of Illinois*

## U.S. Department of Justice

*Victoria J. Peters*
*Associate Chief, Criminal Division*

*Everett McKinley Dirksen Building*
*219 South Dearborn Street*
*Chicago, Illinois   60604*

*(312) 353-5319*

*FAX 353-4324*

May 4, 2004

Honorable James Moody
United States District Court
Northern District of Indiana
(By Fax)

Dear Judge Moody,

I am writing to you in response to the motion filed today on behalf of the Chicago Tribune seeking access to a sealed sidebar conference in the Matthew Hale trial on Friday, April 9, 2004. Based upon my conversations with Natalie Spears, attorney for the Tribune, I understand that the conference they are interested in did not involve the examination of any of the members of the venire, and was, in fact, the one in which the defendant participated personally, and after which he was allowed to consult with his parents. Assuming that this is the sidebar conference to which the motion is directed, and assuming that the names (if any) of the venire members are redacted from the transcript, the government has no objection to your unsealing of that particular sidebar conference. Ms. Spears has informed me that the Tribune does not object to the redaction of the names of the venire members if they appear in the transcript.

Please feel free to contact me at (312)353-5319 if you have any questions about this.

Very truly yours,

VICTORIA J. PETERS
Assistant United States Attorney

cc: Natalie Spears (By Fax)
    Thomas A. Durkin ( By Fax)

LAW OFFICES

# DURKIN & ROBERTS

THE MONADNOCK BUILDING
SUITE 615
53 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS 60604

INDIANA OFFICE
TELEPHONE (219) 872-6600

THOMAS ANTHONY DURKIN
tdurkin@durkinroberts.com

TELEPHONE (312) 922-8950
FACSIMILE (312) 922-2055

May 4, 2004

**BY FACSIMILE**
Honorable James T. Moody
United States District Court Judge
Northern District of Indiana
5400 Federal Plaza, Suite 4100
Hammond, IN 46320
*(Facsimile: 219-852-3461)*

Re: *U.S. v. Matthew Hale*
    No. 03 CR 11

Dear Judge Moody:

Confirming my telephone conversation with your law clerk this afternoon, Mr. Hale has no objection to the motion filed today by the *Chicago Tribune*. When the paper sent its letter yesterday I asked counsel to file a written motion because, while I had no objection, I had not yet had a chance to speak with Mr. Hale regarding his position. Mr. Blegen and I met with Mr. Hale this afternoon at the Metropolitan Correctional Center and, among other things, discussed this motion with him. Mr. Hale informed us that we could represent to you that he has no objection to unsealing the documents requested by the *Tribune*.

Sincerely yours,

Thomas Anthony Durkin

TAD/ct

cc: AUSA David Weisman
    Natalie J. Spears, Esq.
    Matt Hale