IN THE UNITED STATES DISTRICT COURT

FILED

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

JUL 0 9 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

Plaintiff,

v.

MATTHEW HALE,

Defendant.

No. 03 CR 11

Judge James T. Moody
(sitting by designation)

## MOTION FOR ORDER ENABLING ME TO EFFICIENTLY AND EFFECTIVELY REPRESENT MYSELF

NOW COMES Matthew Hale, pro se, seeking to efficiently and effectively represent himself regardless of his being in solitary confinement at MCC-Chicago, moving for a court order providing as follows:

1. That I be appointed an attorney-advisor who can and will do legal research, contact witnesses and other tasks at my direction that I am unable to efficiently and effectively perform due to my confinement.

2. That MCC-Chicago be ordered to not delay any of my mail to the Clerk of the Court, to the Asst. United States Attorneys, my honor, and to my clearly-identified witnesses; that assuming that it must be read by officials of the MCC and FBI before being mailed, that it be read or copied the same day it leaves my possession.

3. That I be allowed, regardless of the Special Administrative Measures imposed upon me, to telephone Your Honor's Clerk, the Asst. United States Attorneys, Clerk of the Court, and if possible, my witnesses that I designate as such, assuming that such calls be monitored for any solicitations on my part but absent any of such, that they not be communicated to the prosecution in any way.

DOCKETED
JUL 0 9 2004

4. That once my attorney-advisor is appointed that I be allowed non-monitored communications with him just as I had with my attorneys in the past.

5. That Tony McWhorter, my case management coordinator at the MCC, be ordered to photocopy the legal documents that I provide him with to photocopy so that I may send photocopies to the appropriate parties, and that he give the original and copies back to me the same day or no later than the next day so that I can mail out the documents in a timely manner.

6. That the government be allowed an extension of time to respond to _Defendant's Post Trial Motion_ and I be allowed an extension of time ...

7. That my sentencing date be ...

8. That the MCC ...

9. That the MCC ... and paper carrier by the way) ...

10. That Mr. ... Murphy be ordered to bring to the MCC immediately my case ... so ...

11. That I be allowed to wear street clothes when I ... or at least when I appear for the hearing ...

Respectfully submitted,

Matthew F. Hale #15177-424
Metropolitan Correctional Center
71 West Van Buren St.
Chicago, IL 60605

_Matthew Hale_ pro se