IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 28 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
Plaintiff, )
)
v. ) No. 03 CR 11
) Judge James T. Moody
MATTHEW HALE ) (sitting by designation)
Defendant. )

DOCKETED
JUL 28 2004

## MOTION FOR ANALYSIS OF GOVERNMENT'S ORIGINAL 12/5/02 RECORDING

NOW COMES the Defendant MATTHEW HALE, pro se, and moves that this Honorable Court order the prosecution to turn over the original recording of the conversation between its informant Anthony Evola and Matthew Hale from 12/5/02 so that the Court may conduct an independent analysis of said recording, stating as follows:

1. As the Court is by now aware, my position (and in fact the reality) is that I thought that Evola was talking about a <u>lawyer</u> and not Judge Lefkow on December 5, 2002 when he said "Consider it done" to "exterminating" "the rat," "Jew rat." At a minimum, based on the evidence brought forth by the prosecution at trial, there is huge doubt. This is detailed in my <u>Post-Trial Motion</u> and <u>Supplement</u>. While I am innocent of soliciting <u>anyone's</u> murder, it is Judge Lefkow's murder whom I have been convicted of soliciting, and if there is reasonable doubt that <u>she</u> was the intended target, I am entitled to a judgment of acquittal as a matter of law on Counts Two and Four.

1

2. The original government transcript of this critical conversation provided to the defense contained significantly different language than that provided to the jury at trial (see Exhibit A). Specifically, the original transcript had Evola saying, "Well I got your email about the Jew Judge... you wanting his address and all his rats." (see page 3).

3. The revised version given to the jury at trial, and reflected accurately by the recording played, had Evola saying, "Well, I got your email about the Jew judge... you wanting his address and the other rats." (see Exhibit B, page 5)

4. The important difference between these two versions is apparent. If the original recording made by Evola actually said "and all his rats", Judge Lefkow could not possibly be "the rat" Evola later says "Consider it done" to "exterminating." Therefore, no jury could have found beyond a reasonable doubt that I solicited the murder of Judge Lefkow and I would be further entitled to an acquittal.

5. Since "and all his" sounds markedly different from "and the other," I have doubts that the original transcript was mistakenly transcribed. I suspect instead that the original recording was at some point altered to make Judge Lefkow a "rat" and hence a possible target of the "solicitation." I of course do not know and this is why an analysis is necessary to determine if in fact the recording was altered.

6. Due to the incredible importance of this transcript excerpt, I believe that an analysis is warranted.

WHEREFORE, I pray that this Honorable Court order the government to produce to it the <u>original</u> recording made by Evola for an independent analysis to determine if the recording was indeed altered. If such analysis proves that the recording was altered, I pray that this Honorable Court enter a judgment of acquittal on Counts Two and Four for this reason as well.

Respectfully submitted,

*Matthew F. Hale*

Matthew Hale, pro se

Matthew F. Hale #15177424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL 60605

```
DATE:       12/05/02
TIME:

ACTIVITY:   BODY RECORDING

SPEAKERS:                              DRAFT
    HALE:   Matt Hale
    CW:     Cooperating Witness
    RH:     Russell Hale
```

\* \* \* \*

| | | |
|---|---|---|
| 1 | | (VEHICLE DOOR OPENS/SLAMS) |
| 2 | | (DOG BARKS) |
| 3 | | (HORN BEEPS) |
| 4 | | (PAUSE) |
| 5 | | (KNOCKING) |
| 6 | CW | (CLEARS THROAT) |
| 7 | | (PAUSE) |
| 8 | | (TRAFFIC NOISES) |
| | | (DOG BARKING) |
| 10 | CW | Reverend Hale. |
| 11 | HALE | Yes Brother. |
| 12 | CW | Rahowa. |
| 13 | HALE | Rahowa. I wish you'd give me notice |
| 14 | | when you come down brother. It's good |
| 15 | | to see you of course...I just you know.. |
| 16 | CW | ...good to see you. Sorry I scared ya. |
| 17 | HALE | No that's alright. That's alright. |
| 18 | RH | I'll be damn, how ya doin? |
| 19 | CW | Oh fine. How you doin? |
| 20 | RH | Fine and dandy. |
| 21 | CW | Good. |

1

A


GOVERNMENT EXHIBIT
12/5/02 Draft Transcript
CARDELS 800-/83-0399

| | | |
|---|---|---|
| 1 | RH | Go ahead it's cold out here. |
| 2 | | (DOOR SLAMS) |
| 3 | | Yes indeed. Yes indeed. |
| 4 | CW | (COUGHS) |
| 5 | | (BACKGROUND VOICES) (TV...Friends) |
| 6 | RH | You just get here? |
| 7 | CW | Yeah, I was here for a few minutes, |
| 8 | | knocking. I thought maybe the doorbell |
| 9 | | wasn't workin. |
| 10 | RH | Excuse me. |
| 11 | CW | Good morning brother. |
| 12 | HALE | Come on in brother. |
| 13 | | (BACKGROUND VOICES CONTINUE) |
| 14 | CW | Okay. |
| 15 | HALE | You surprised me, I only saw you in the |
| 16 | | dark and I thought well, who the hell is |
| 17 | | this. (LAUGHS) |
| 18 | CW | (LAUGHS) |
| 19 | HALE | ...a lot of shit goin on. |
| 20 | CW | I wanna apologize about Milwaukee. I |
| 21 | | was there, ah, the police had that all |
| 22 | | surrounded off, there was a lot of |
| 23 | | people. |
| 24 | HALE | Did you bring the pictures? |
| 25 | CW | Ah, no, I'm still getting them |
| 26 | | developed. I'm waiting for them to come |
| 27 | | back from the photographer at Walgreens, |
| 28 | | whatever. I didn't get overnight thing. |
| 29 | | (UI)... Ah, but I will have em for ya |
| 30 | | (UI) mail. So how you doin? |
| 31 | HALE | Okay. All things considered. You know |
| 32 | | we're under the gun. |

| | | |
|---|---|---|
| 1 2 3 | CW | Right. I've I've been getting all these e-mails. I was wondering it doesn't look good. What's goin on? |
| 4 5 6 7 | HALE | Well you know this court has basically ordered that we, all members of our church all believers in our church turn over their books. |
| 8 | CW | Oh, that's bullshit. |
| 9 | HALE | Ha ha, you know. So ah.... |
| 10 11 | CW | Well I got your e-mail about the Jew judge.... |
| 12 | HALE | Right. |
| 13 14 | CW | ...you wanting his address and all his rats. Ah... |
| 15 16 17 | HALE | That information...yes.. for educational purposes and for whatever reason you wish it to be. |
| 18 19 20 | CW | Are you gonna....I'm workin on it. I, I got a way of getting it. Ah, when we get it, we gonna exterminate the rat? |
| 21 | HALE | Well whatever you wanna do basically. |
| 22 | CW | Jew rat. |
| 23 24 25 26 27 28 | HALE | ...you know, ah...my position has always been that I you know, I'm gonna fight within the law and, but ah that informations been provided if you wish to do anything yourself you can. So that makes it clear. |
| 29 | CW | Consider it done. |
| 30 | HALE | Good. |
| 31 | CW | Consider it done...its fucked up man... |
| 32 33 34 35 36 37 | HALE | Yeah, well (UI)..it's ah, its you know, its been sickening, just sickening... ah, to have a situation in which we have to worry about people kicking down our doors for our bibles. They don't do that to the Christians. |

| | | |
|---|---|---|
| 1 | CW | No. |
| 2 3 4 5 | HALE | ....they sure as hell don't do that to the Jews, because its Jews and Christians that are doin this shit to us, you know. |
| 6 | CW | Right. |
| 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 | HALE | ...very simple so ah, anyway I'm going to do whatever I can to stave this off with th legal front, as much as I can and ah, ah, in fact World headquarters has been moved officially to Wyoming right now. Another minister is taking over that. I remain Pontifex as always, and I'll certainly, let's just put it this way, have a very strong advisory role of things, and you know, basically you know, somebody tells us that we have to ah, turn over the white man's bible, or be arrested, then we have a real problem with that you know, and that's basically what it's gonna come down to in my opinion, in my opinion it's quite possible that I'm gonna get you know arrested and that kind of thing, and...but I'm I'm willing to be that. I'm not gonna kiss their ass you know, so, so, that's why I say whatever a creator wants to do is their decision and ah, you know we've been spat upon too many times, you know, we've been... |
| 31 | CW | Right. |
| 32 | HALE | ...fucked with too many times. |
| 33 | CW | I'll get that address (UI)... |
| 34 | HALE | And you.... |
| 35 | CW | Jew, Judge, Lawyer, Rat. |
| 36 37 38 39 40 41 | HALE | Right, that's you know, you can call that stuff as...I mean yeah, as soon as you get em, send it, certainly. I'll post it on the internet, we want our people to know and, and ah...information about these people. |

| | | |
|---|---|---|
| 1 2 | CW | I'm workin on that now, and I gotta way... |
| 3 | HALE | Okay. |
| 4 | CW | Consider it done. Okay. |
| 5 | HALE | Very good. |
| 6 | CW | RAHOWA. |
| 7 | HALE | RAHOWA. We will win. Very good. |
| 8 | CW | Good to see you again Reverend. |
| 9 | HALE | Good to see you. |
| 10 11 | CW | I'm kind of surprised that you were surprised that I was coming. |
| 12 | HALE | Yeah... |
| 13 | CW | ...send you e-mail. You know me. |
| 14 | HALE | (LAUGHS) Yeah, yeah. I I .... |
| 15 | CW | You know I pop up I won't answer it. |
| | HALE | That's true. |
| 17 | CW | Sorry I scared you and you dad. |
| 18 19 20 21 22 23 24 | HALE | No, no you didn't ..... It wasn't really somewhat scaring it was just that we were talking about somethin, I was deep in thought and I looked up and I thought hell..is this either..another process server or a guy who wants to you know, seize my books, you know... |
| 25 26 | CW | ....no it's just a guy tryin to keep you alive. |
| 27 | HALE | I know. I know brother. |
| 28 | CW | Okay. |
| 29 | | (UI)... |
| 30 31 32 | HALE | And if something you...let me just put it this way, if you get word that I've been you know, somethin happens to me |

5

| | | |
|---|---|---|
| 1 | | then you know, make sure that the world knows about it in a very strong way. |
| 2 | | |
| 3 | | (BACKGROUND VOICES CONTINUES) |
| 4 | HALE | ...so ah... |
| 5 | CW | Any special way, or...? |
| 6 | HALE | Yeah, well, just use your imagination. |
| 7 | CW | Okay. |
| 8 | HALE | And that'll be good. Because I don't put anything past them at this point. Its not good the situation. |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | CW | Well you know I'm loyal to you, so... and I always will be. |
| 13 | | |
| 14 | HALE | Good okay, I know brother. As I am to you we will win. |
| 15 | | |
| 16 | CW | RAHOWA. |
| 17 | HALE | RAHOWA |
| 3 | CW | Oh yeah. If you need me, e-mail me. |
| | HALE | I know where to contact you. |
| 20 | CW | Okay. Take care. |
| 21 | HALE | You too. RAHOWA. |
| 22 | CW | RAHOWA. |
| 23 | | (DOOR SLAMS) |
| 24 | | (ENTER VEHICLE/DRIVES AWAY) |
| 25 | | (CONSENSUAL TERMINATED) |

6

```
ID#:        1D-01
DATE:       12/05/02
ACTIVITY:   CONSENSUAL MONITORING
```

**DRAFT 9/17/03**

```
SPEAKERS:
    HALE:        Matthew Hale
    EVOLA:       Anthony Evola
    R. HALE JR.: Russell Hale Jr.
```

                              *   *   *   *

| | | |
|---|---|---|
| 1 | | (Vehicle door opens/shuts) |
| 2 | | (Dog barks) |
| 3 | | (Zipper zips) |
| 4 | | |
| 5 | | (Traffic noises) |
| 6 | | (Horn beeps) |
| 7 | EVOLA | (Sighs) |
| 8 | | (Traffic noises) |
| 9 | EVOLA | (Clears throat) |
| 10 | | (Traffic noises) |
| 11 | EVOLA | (Clears throat) |
| 12 | | (Traffic noises) |
| 13 | | (Knocking) |
| 14 | | (Traffic noises) |
| 15 | EVOLA | (Clears throat) |
| 16 | | (Knocking) |
| 17 | | (Traffic noises) |
| 18 | | (Dog barking) |
| 19 | | |
| 20 | EVOLA | Reverend Hale? |
| 21 | HALE | Yes brother. |
| 22 | EVOLA | Rahowa. |

1

B

| | | |
|---|---|---|
| 1 | HALE | Rahowa. I wish you would give me notice |
| 2 | | when you come down, brother. |
| 3 | R. HALE JR. | Oh. |
| 4 | HALE | It's good to see ya, of course. I |
| 5 | | just... |
| 6 | | |
| 7 | EVOLA | Good to see you. |
| 8 | HALE | ...you know I, anyway. |
| 9 | EVOLA | Sorry I scared ya. |
| 10 | HALE | No that's all right... |
| 11 | R. HALE JR. | Oh. |
| 12 | HALE | ...That's all right. |
| 13 | R. HALE JR. | I'd be darned. How ya' doin'? |
| 14 | EVOLA | Oh, fine. How ya doin'? |
| 15 | R. HALE JR. | Fine and dandy... |
| 16 | EVOLA | Great. |
| 17 | R. HALE JR. | ...by golly. Go ahead. |
| 18 | HALE | Come on in. |
| 19 | R. HALE JR. | It's cold out here. |
| 20 | HALE | Yes indeed. |
| 21 | | (Door shuts) |
| 22 | HALE | Yes indeed. |
| 23 | EVOLA | (Coughs) |
| 24 | HALE | Okay. |
| 25 | | (Background TV noises...Friends) |
| 26 | HALE | Great. |
| 27 | | (Background TV noises...Friends) |
| 28 | R. HALE JR. | You just get here? |

| | | |
|---|---|---|
| 1 | EVOLA | Yeah, I was here for a few minutes... |
| 2 | HALE | Oh yeah? |
| 3 | EVOLA | ...knocking. |
| 4 | HALE | Right. Right. |
| 5,6 | EVOLA | I thought maybe the doorbell wasn't working. |
| 7 | HALE | For a while, yeah. |
| 8 | R. HALE JR. | Excuse me. |
| 9 | HALE | Okay. Come on in brother. |
| 10 | | (background voices continue) |
| 11 | HALE | (Unintelligible) |
| 12 | EVOLA | (Unintelligible) |
| 13-16 | HALE | Yeah, it surprised me. I thought well, hell, you know (unintelligible) I only saw you in the dark and I thought well... |
| 17 | EVOLA | (Laughs) |
| 18 | HALE | ...who the hell is this,... |
| 19 | EVOLA | (Laughs) |
| 20,21 | HALE | (Laughs) you know? A lot of shit going on. |
| 22 | EVOLA | I wanna apologize about Milwaukee. |
| 23 | HALE | Well, I... |
| 24 | EVOLA | ...I was there, ah... |
| 25 | HALE | I, I know. |
| 26,27 | EVOLA | ...the police had that all surrounded off where... |
| 28 | HALE | Right. |
| 29 | EVOLA | ...there was a lot of people. |

3

| | | |
|---|---|---|
| 1 | HALE | Bring the pictures? |
| 2 | EVOLA | Ah no, I'm still getting... |
| 3 | HALE | Oh. |
| 4 5 | EVOLA | ...them developed. I'm waiting for them to come back from the photographer... |
| 6 | HALE | Um. |
| 7 | EVOLA | ...at Walgreens of whatever. |
| 8 | HALE | Right. |
| 9 | EVOLA | I didn't get overnight thing. |
| 10 | HALE | Right. |
| 11 | EVOLA | I just let it go. |
| 12 | HALE | Right. |
| 13 14 | EVOLA | ...ah, but I will have 'em for ya. I will mail 'em. |
| 15 | HALE | That will be great, great. |
| 16 | EVOLA | So how ya' doin'? |
| 17 18 | HALE | Okay, all things considered, you know. We're under the gun. |
| 19 20 21 | EVOLA | Right. I've been getting all these emails. I'm wondering it doesn't look good... |
| 22 | HALE | No. |
| 23 | EVOLA | ...What's going on? |
| 24 25 26 27 | HALE | Well, you know, this court has basically ordered that we, all members of our church, all believers in our church, turn over their books... |
| 28 | EVOLA | Ah, that's bullshot. That's... |
| 29 | HALE | (Laughs) you know?... |
| 30 | EVOLA | ...missed up. |

| | | |
|---|---|---|
| 1 | HALE | ...so ah... |
| 2 | EVOLA | Well, I got your email about the Jew |
| 3 | | judge... |
| 4 | HALE | Right. |
| 5 | EVOLA | ...you wanting his address and the other |
| 6 | | rats. Ah... |
| 7 | HALE | That information yes, for educational |
| 8 | | purposes and for whatever reason you |
| 9 | | wish it to be. |
| 10 | EVOLA | Are we gonna...I'm workin' on it. I, I |
| 11 | | got a way of getting it. Ah, when we |
| 12 | | get it, we gonna exterminate the rat? |
| 13 | HALE | Well, whatever you wanna do... |
| 14 | EVOLA | Jew rat? |
| 15 | HALE | ...basically, it's, you know? Ah, my |
| 16 | | position's always been that I, you |
| 17 | | know, I'm gonna fight within the law |
| 18 | | and, but ah, that information's been |
| 19 | | pro-, provided. If you wish to, ah, do |
| 20 | | anything yourself, you can, you know? |
| 21 | EVOLA | Okay. |
| 22 | HALE | So that makes it clear. |
| 23 | EVOLA | Consider it done. |
| 24 | HALE | Good. |
| 25 | EVOLA | Consider it done. Ah, it's fucked up, |
| 26 | | man. |
| 27 | HALE | Yeah well (laughs). It's ah, it's, you |
| 28 | | know, it's been sickening, just |
| 29 | | sickening, ah, to have a situation in |
| 30 | | which we have to worry about people |
| 31 | | kicking down our doors for our Bibles. |
| 32 | | They don't do that to the Christians. |
| 33 | EVOLA | No. |
| 34 | HALE | They sure as hell don't do that to the |
| 35 | | Jews, because it's Jews and Christians |
| 36 | | that are doing this shit to us... |

| | | |
|---|---|---|
| 1 | EVOLA | Right. |
| 2 | HALE | ...you know?  Very simple.  So ah, |
| 3 | | anyway, I'm gonna do whatever I can to, |
| 4 | | ah, stave this off with the legal front, |
| 5 | | as much as I can and ah, ah, in fact, |
| 6 | | world headquarters has been moved |
| 7 | | officially to Wyoming right now. |
| 8 | | Another minister is taking over that.  I |
| 9 | | remain Pontifex as always and I'll |
| 10 | | certainly, let's just put it this way, |
| 11 | | have a very strong advisory role of |
| 12 | | things and ah, you know, basically, ah, |
| 13 | | you know, if somebody tells us that we |
| 14 | | have to, ah, turn over the White Man's |
| 15 | | Bible or be arrested, then we have a |
| 16 | | real problem with them, you know, and |
| 17 | | that's basically what it's gonna come |
| 18 | | down to in my, in my opinion it's quite |
| 19 | | possible that I'm gonna get, you know, |
| 20 | | arrested and, and that kind of thing |
| 21 | | and, but I'm, I'm willing to be that. |
| 22 | | I'm, I'm not gonna kiss their ass, you |
| 23 | | know, so, so, that's why I say that |
| 24 | | whatever a Creator wants to do is, is |
| 25 | | their decision... |
| 26 | EVOLA | Right. |
| 27 | HALE | ...and ah, you know, we've been spat |
| 28 | | upon too many times, you know? |
| 29 | EVOLA | Okay. |
| 30 | HALE | We've been, we've been... |
| 31 | EVOLA | ...well I... |
| 32 | HALE | Fucked with too many times. |
| 33 | EVOLA | ...I'll get that address of that ah... |
| 34 | HALE | And (unintelligible)... |
| 35 | EVOLA | Jew, judge, lawyer, rat... |
| 36 | HALE | Right and that's... |
| 37 | EVOLA | ...and... |
| 38 | HALE | ...you know, you can call that stuff as, |
| 39 | | I mean yeah, as soon as you get it, I |

6

| | | |
|---|---|---|
| 1 | | mean send it certainly. I'll post it on |
| 2 | | the internet. We want our people to |
| 3 | | know and, and ah, information about |
| 4 | | these people and... |
| 5 | EVOLA | Okay. |
| 6 | HALE | ...(unintelligible). |
| 7 | EVOLA | I'm working on that now... |
| 8 | HALE | Okay. |
| 9 | EVOLA | ...and I gotta way and... |
| 10 | HALE | Okay. |
| 11 | EVOLA | ...consider it done. |
| 12 | HALE | Good. |
| 13 | EVOLA | Okay. |
| 14 | HALE | Very good. |
| 15 | EVOLA | Rahowa! |
| 16 | HALE | Rahowa. We will win. |
| 17 | EVOLA | Good to see you again, Reverend... |
| 18 | HALE | Good to see you. Very good. |
| 19 | EVOLA | ...and I'm kinda... |
| 20 | HALE | (Unintelligible) |
| 21 | EVOLA | ...surprised that you were surprised |
| 22 | | that I was, I was coming. |
| 23 | HALE | Yeah, well. |
| 24 | EVOLA | ...send that email, you know me. |
| 25 | | (Laughs). |
| 26 | HALE | (Laughs) yeah, yeah I, I ah... |
| 27 | EVOLA | You know I pop up. I won't answer it. |
| 28 | HALE | That's true. |
| 29 | | (Television sound) |

| | | |
|---|---|---|
| 1 | EVOLA | Sorry I scared you and your dad though. |
| 2<br>3<br>4<br>5<br>6<br>7 | HALE | No, no you didn't. Didn't, it wasn't really so much scaring. It was just that we were talking about something. I was deep in thought and I looked up and I thought hell, is this either another process server or... |
| 8 | HALE | ...a guy who wants to... |
| 9 | EVOLA | (Laughs) |
| 10 | HALE | ...you know, seize my books, you know? |
| 11<br>12 | EVOLA | Na, just a guy who's tryin' to keep you alive. |
| 13 | HALE | I know. I know brother. |
| 14 | EVOLA | Okay. |
| 15<br>16<br>17<br>18<br>19<br>20 | HALE | And if something, if you, let me just put it this way, if you get word that I've been, you know, something happens to me, then, you know, make sure that, that the world knows about it in a very strong way, you know. |
| 21 | | (Background television sound continues) |
| 22 | HALE | So ah... |
| 23 | EVOLA | Any special way or...? |
| 24 | HALE | Yeah, well, just use your imagination... |
| 25 | EVOLA | Okay. |
| 26<br>27<br>28 | HALE | ...and that will be good because I don't put anything past them at this point. It's not good, the situation. |
| 29 | EVOLA | Well... |
| 30 | HALE | (Unintelligible) |
| 31 | EVOLA | ...you know I'm loyal to you. |
| 32 | HALE | I know... |
| 33 | EVOLA | So... |

| | | |
|---|---|---|
| 1 | HALE | ...I know. Good. Okay. |
| 2 | EVOLA | ...and I always will be. |
| 3 4 | HALE | I know brother, as I am to you. We will win. |
| 5 | EVOLA | Oh yeah. Rahowa! If you need me,... |
| 6 | HALE | I know where... |
| 7 | EVOLA | ...email me. |
| 8 | HALE | ...to contact you. Okay. |
| 9 | EVOLA | Okay. Take care. |
| 10 | HALE | You too. Rahowa. |
| 11 | EVOLA | Rahowa. |
| 12 | | (Door shuts) |
| 13 | EVOLA | (Sighs) |
| 14 | | (Door slams) |
| 15 | EVOLA | (Enter vehicle/drives away) |
| 16 | EVOLA | (Sighs) |
| 17 | | (Consensual terminated) |