Matthew F. Hale #15177424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL 60605

July 12, 2004

FILED
JUL 1 9 2004
Chief Judge Charles P. Kocoras
United States District Court

DOCKETED
AUG 0 3 2004

The Honorable Judge James T. Moody
United States District Court
Northern District of Indiana
5400 Federal Plaza
Hammond, IN 46320

03 CR 11

Your Honor:

I must inform you that as of today, Mr. Murphy has failed to come to the MCC and deliver any of the materials I specified in my Notice of Discharge of Counsel even though he told me on Thursday July 8th that he would do so this evening.

My desire and intent is to file a Supplement to Defendant's Post-Trial Motion. This supplement is already completed and I submit extremely compelling. However I need the materials from Mr. Murphy that I have enumerated so that I can attach the exhibits referenced in the supplement. At this point, I don't know when the government's response to all motions itself is due, but I certainly want to file the supplement immediately so that the government has itself sufficient time to address it in its response.

While I believe that Defendant's Motion for Judgment of Acquittal should be granted on all four counts for the reasons stated in Defendant's Post-Trial Motion, my Supplement sets forth additional reasons why I must, as a matter of law, be acquitted on the individual counts specifically or, in the alternative, why a new trial on these counts would serve the interests of justice under Rule 33.

220

Hopefully by the time you receive this, your clerk will have confirmed that Mr. Murphy has delivered the materials and this situation will have thus been resolved. Thank you.

Very Truly Yours,

CC: Timothy Murphy
    M. David Weisman U.S. Attorney

MATTHEW F. HALE #15177-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

LEGAL
MAIL

Mailed
7-12

The Honorable Judge James T. Moody
United States District Court
Northern District of Indiana
5400 Federal Plaza

46320