IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

AUG 0 2 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

Plaintiff,

V.

MATTHEW HALE,

Defendant.

No. 03 CR 11

Judge James T. Moody
(sitting by designation)

NOTICE OF FILING

By U.S. Mail to:

**DOCKETED**

AUG 0 3 2004

Judge James T. Moody
United States District Court
Northern District of Indiana
5400 Federal Plaza
Hammond, IN 46320

David Weisman
Victoria Peters
Assistant United States Attorneys
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604

PLEASE TAKE NOTICE that on this 28th day of July, 2004, the undersigned mailed to the Clerk of the District Court for the Northern District of Illinois, at Chicago, Illinois, the attached Motion for Leave to File Amendment to Defendant's Post-Trial Motion to Add a Motion for a New Trial Based upon Ineffective Assistance of Counsel, for filing, a copy of which is hereby served upon you.

Respectfully submitted,

Matthew F. Hale, #15177424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL 60605

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

AUG 0 2 2004

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

UNITED STATES OF AMERICA, )
    Plaintiff, )
     )  No. 03 CR 11
V. )
     ) Judge James T. Moody
MATTHEW HALE, ) (sitting by designation)
    Defendant. )

DOCKETED
AUG 0 3 2004

## MOTION FOR LEAVE TO FILE AMENDMENT TO DEFENDANT'S POST-TRIAL MOTION TO ADD A MOTION FOR A NEW TRIAL BASED UPON INEFFECTIVE ASSISTANCE OF COUNSEL

NOW COMES the Defendant Matthew Hale, pro se, moving for leave to file an amendment to his Post-Trial Motion so that he may add a Motion for a New Trial Based Upon Ineffective Assistance of Counsel, stating as follows:

1. On June 24, 2004, my previous counsel Timothy M. Murphy filed Defendant's Post-Trial Motion. That document includes a Motion for Judgment of Acquittal on all four counts that I was convicted of or in the alternative, that I may be granted a new trial on those four counts, based on Rules 29 and 33 of the Federal Rules of Criminal Procedure respectively.

2. Prior to this filing, it had been my understanding that a Motion for a New Trial based upon Ineffective Assistance of Counsel would also be part of Defendant's Post-Trial Motion.

1



3. I believe that such a motion would be well-grounded in fact and law and believe that I was in fact denied my Sixth Amendment right to effective assistance of counsel at trial.

4. Specifically, my trial counsel rested without putting on a case even though numerous witnesses could have and would have testified to matters beneficial to my defense if only they had been called.

5. Further, my trial counsel disparaged me throughout the trial going so far as to call me names and even telling the jury that I deserved to be convicted on a moral basis.

6. Numerous other acts and omissions took place which further violated my Sixth Amendment right to effective assistance of counsel and these acts and omissions, along with the above, will be set forth in the Motion for a New Trial Based Upon Ineffective Assistance of Counsel provided I am granted leave to file it.

WHEREFORE, I pray that this Honorable Court grant me leave to file an amendment to my Post-Trial Motion so that I might add a Motion for a New Trial Based Upon Ineffective Assistance of Counsel.

Respectfully submitted,

Matthew Hale, pro se

Matthew F Hale # 15177424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL 60605

2