IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

AUG 16 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
    Plaintiff, )
              )   No. 03 CR 11
v.             )
              )   Judge James T. Moody
MATTHEW HALE,     )   (sitting by designation)
    Defendant. )

**DOCKETED**
AUG 19 2004

## REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S MOTIONS FOR JUDGMENT OF ACQUITTAL ON THE FOUR COUNTS

NOW COMES MATTHEW HALE, pro se, requesting that oral argument be held on his motions for judgment of acquittal on the four charges he has been convicted of, stating as follows:

1. I would like the opportunity to argue to Your Honor why, based entirely on the evidence produced at trial, no rational jury could find that the charges brought against me were proven beyond a reasonable doubt. I believe that I have already demonstrated this through Defendant's Post-Trial Motion and Supplement to Defendant's Post-Trial Motion and that this will further be demonstrated through my Reply to the Government's Response. However, I would still like to speak to you, Your Honor, as to why, point by point, the charges against me were not only not proven



beyond a reasonable doubt but also, based on the evidence, demonstrably false. I deeply desire to speak in my own defense, completely within the rules and decorum of your courtroom, and hopefully win my freedom. There are further aspects of this case which are much better spoken than written. Also, I wish to _play the recordings_ from December 5, 2002 and December 17, 2002 to vividly illustrate why no rational jury could find beyond a reasonable doubt that I solicited the murder of _Judge Lefkow_ — the charge for which I face many years in prison and which I insist is a terrible, terrible falsehood.

2. I anticipate that my argument — with the playing of the aforementioned recordings — would last approximately 1½ hours. I would need a machine to play CD-Rom's as well as a projector so that I may discuss particular pieces of paper evidence admitted at trial while Your Honor views that evidence from the bench.

3. As Your Honor knows, I have also moved for a new trial on the four counts should my motion for judgment of acquittal on the four counts not be granted. Since an evidentiary hearing on my motions for a new trial would be rendered moot in the event my motions for judgment of acquittal are granted, I suggest that two hearings be held rather than one, with the second hearing only occuring should you not rule in my favor following the first one. I am thus filing a separate request for an evidentiary hearing.

2

WHEREFORE, I request that oral argument be held on my motions for judgment of acquittal.

Respectfully submitted,

Matthew Hale, pro se

Matthew F. Hale #15177-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL 60605

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

UNITED STATES OF AMERICA, )
            Plaintiff, )
                        )   No. 03 CR 11
    v.                  )
                        )   Judge James T. Moody
MATTHEW HALE,           )   (sitting by designation)
            Defendant.  )

AUG 16 2004

MICHAEL W. DOBBIN
CLERK, U.S. DISTRICT CO

**DOCKETED**
AUG 19 2004

NOTICE OF FILING

By U.S. Mail to:

Judge James T. Moody
United States District Court
Northern District of Indiana
5400 Federal Plaza
Hammond, IN 46320

M. David Weisman
Victoria Peters
Assistant United States Attorneys
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604

PLEASE TAKE NOTICE that on this 12th day of August 2004, the undersigned mailed to the Clerk of the District Court for the Northern District of Illinois, at Chicago, Illinois, the attached _Request for Oral Argument on Defendant's Motions for Judgment of Acquittal on the four Counts_ and _Request for an Evidentiary Hearing on Defendant's Motions for a New Trial on the four Counts_, for filing, copies of which are hereby served upon you.

Respectfully submitted,

_Matthew F. Hale_

Matthew F. Hale, pro se #15177424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL 60605