August 19, 2004

Re: 03 CR 11

Dear Sir,

Please let me know when I might receive a ruling on the following motions:

Motion for Analysis of Government's Original 12/5/02 Recording (mailed on July 26, 2004)

Motion for Leave to file Amendment to Defendant's Post-Trial Motion to Add a Motion for a New Trial Based Upon Ineffective Assistance of Counsel (mailed on July 28, 2004)

Thank you kindly!

Matthew F. Hale, pro se

FILED
AUG 2 8 2004
Chief Judge Charles P. Kocoras
United States District Court

RECEIVED
AUG 2 3 2004
STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

DOCKETED
AUG 3 1 2004

231