August 26, 2004 **RECEIVED**

AUG 3 0 2004

JUDGE MOODY'S CHAMBERS
HAMMOND, INDIANA

03 CR 11

**FILED**

AUG 3 0 2004

Chief Judge Charles P. Kocoras
United States District Court

Dear Sir,

I would like to schedule the hearing date and time for my motions for judgment of acquittal. I have already submitted a Request for Oral Argument on Defendant's motions for Judgment of Acquittal on the four Counts but thought that it might be my responsibility to ask for the hearing date.

As I am incarcerated, I have no preference for dates and times. I just want to make sure that I don't somehow waive any right to oral argument for failing to request a hearing date. I apologize for any procedural awkwardness and hope that I may hear from you soon.

Very Truly Yours,

Matthew F. Hale

Matthew F. Hale #15177424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL 60605

DOCKETED