IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 3 1 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
    Plaintiff, )
    v. ) No. 03 CR 11
MATTHEW HALE, ) Judge James T. Moody
    Defendant. ) (sitting by designation)

NOTICE OF FILING

**DOCKETED**
SEP 0 2 2004

By U.S. Mail to:

Judge James T. Moody
United States District Court
Northern District of Indiana
5400 Federal Plaza
Hammond, IN 46320

M. David Weisman
Asst. United States Attorney
219 S. Dearborn St. 5th Floor
Chicago, IL 60604

PLEASE TAKE NOTICE that on this 27th day of August 2004, the undersigned mailed to the Clerk of the District Court for the Northern District of Illinois at Chicago, Illinois, the attached <u>One Sentence Offering As To Why No Rational Jury Could Have Found Me Guilty Beyond A Reasonable Doubt</u>, for filing, a copy of which is hereby served upon you.

Respectfully submitted,
Matthew F. Hale
Matthew F. Hale #15177-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL 60605

233

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
    Plaintiff, )
    v. ) No. 03 CR 11
MATTHEW HALE, ) Judge James T. Moody
    Defendant. ) (sitting by designation)

FILED AUG 3 1 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
DOCKETED SEP 0 2 2004

## ONE SENTENCE OFFERING AS TO WHY NO RATIONAL JURY COULD HAVE FOUND ME GUILTY BEYOND A REASONABLE DOUBT

NOW COMES MATTHEW HALE, pro se, offering this one sentence as to why no rational jury could find me guilty on Counts Two and Four beyond a reasonable doubt:

Since the evidence was that I believed that Judge Lefkow was <u>not</u> Jewish (see Vol. 5, pages 20 and 112 of trial transcript) and that only two people were listed as Jews in my 12/4/02 email and both were <u>lawyers</u>, no rational jury could have found beyond a reasonable doubt that I thought Evola was talking about Judge Lefkow when he said that he was going to "exterminate" the "Jew rat."

Respectfully submitted,

Matthew Hale

233