IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 3 1 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,
        Plaintiff,

    V.

MATTHEW HALE,
        Defendant.

)
)
)
) No. 03 CR 11
)
) Judge James Moody
) (sitting by designation)
)

DOCKETED
SEP 0 2 2004

NOTICE OF FILING

By U.S. Mail to:

Judge James T. Moody
United States District Court
Northern District of Indiana
5400 Federal Plaza
Hammond, IN 46320

M. David Weisman
Asst. United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

PLEASE TAKE NOTICE that on this 27th day of August, 2004, the undersigned mailed to the Clerk of the District Court for the Northern District of Illinois at Chicago, Illinois, the attached Recently Discovered Material in Support of Pending Motion for New Trial for filing, a copy of which is hereby served upon you.

Respectfully submitted,

Matthew F. Hale, pro se #15177424
Metropolitan Correctional Center
71 West Van Buren St.
Chicago IL 60605

234

IN THE UNITED STATES DISTRICT COURT FILED
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AUG 3 1 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
   Plaintiff, )
   )  No. 03 CR 11
V. )
   )  Judge James T. Moody
MATTHEW HALE, )  (sitting by designation)
   Defendant. )

DOCKETED
SEP 0 2 2004

RECENTLY DISCOVERED MATERIAL IN
SUPPORT OF PENDING MOTION FOR NEW TRIAL
UNDER RULE 33

NOW COMES MATTHEW HALE, pro se, presenting recently discovered material in support of his pending motion for a new trial under Rule 33, stating as follows:

1. As the Court is aware through my Notice of Discharge of Counsel, I discharged Mr. Timothy Murphy as my defense counsel on July 8, 2004.

2. On that same date, I was able to reach Mr. Murphy by telephone and asked him to begin bringing my case file to the MCC.

3. On July 13th, Mr. Murphy brought three boxes of my case file to the MCC containing some but not all of the specific materials I had requested. Missing in particular were my defense witness files.

4. After repeated requests for my defense witness files since July 8th, I was finally notified by Mr. Murphy on July 30th that Mr. Durkin and Mr. Blegen (my former defense counsel) had retained those files claiming that they constituted their work product.

5. I then proceeded to write Mr. Durkin requesting a _copy_ of those files.

6. After hearing nothing from Mr. Durkin for a week or more, I wrote him again asking for a copy of these files.

7. On August 19th, I finally received a copy of these files with a cover letter from Mr. James P. Durkin (see Exhibit A).

8. Within these files I discovered notes from a meeting with Mr. Glenn Greenwald from January 6, 2004 (see Exhibit B). Mr. Durkin and Mr. Blegen had flown to New York City where Mr. Greenwald practices law.

9. Mr. Greenwald has represented me and my church in several matters since 1999. He is a member in good standing in the New York State Bar and is also licensed to practice in the federal courts.

2

10. In early December 2002 I had called Mr. Greenwald seeking his advice as to the meaning of Judge Lefkow's November 19, 2002 order. What I learned from Mr. Greenwald helped form the basis for my statement to Judge Lefkow contained within my December 12, 2002 letter to her: "In any case, from my understanding of the Court's order, I have no material in my possession or control that falls afoul of it." My "understanding" was largely based on my conversation with Mr. Greenwald and I carbon-copied to Mr. Greenwald for this reason (see again Exhibit F of my <u>Reply</u> to Government's Consolidated Responses to Defendant's Post-Trial Motions).

11. Hence after the government indicted me for Obstruction of Justice on the basis of this statement to Judge Lefkow (Count One), I indicated to Mr. Durkin and Mr. Bleyer that he should be a witness on that count. He was consequently placed on the witness list (see Exhibit C-2) (along with the other witnesses I have provided affidavits from to date in my <u>Reply</u>).

12. Before receiving the notes of the meeting with Mr. Greenwald see again (Exhibit B), I was aware that he had favorable testimony to offer pertaining to Count One. However, I was not aware of the incredibly important testimony that he had to offer concerning

3

Counts Two and Four.

13. Clearly stated within these notes (which from prior experience I believe is from the hand of Patrick Blegen) is the following: "Thinks Matt Called Amund The Jewish Rat" (see Exhibit B-2).

14. Here then is a witness who, if only he had been called to testify, would have cast severe doubt upon if not destroyed the notion that I thought that Evola was talking about Judge Lefkow when he said that he was going to "exterminate" the "Jew rat," for I was referring to one of the lawyers for TE-TA-MA as "the Jewish rat" during the same time period.

15. As I have made clear in Defendant's Post-Trial Motion, Supplement to Defendant's Post-Trial Motion, and Reply to Government's Consolidated Responses to Defendant's Post-Trial Motions, there is simply no evidence — and certainly no proof beyond a reasonable doubt — that I thought that Evola was talking about Judge Lefkow when he said he was going to "exterminate" the "Jew rat." No rational jury could have found to the contrary for the reasons indicated.

4

16. If however the Court disagrees, and doesn't otherwise grant my motion for judgment of acquittal on Counts Two and Four, the testimony of Glenn Greenwald should certainly be heard at a new trial. Surely it would be in the interests of justice under Rule 33 to hold a new trial so that the jury can hear testimony from a witness who would totally rebut what I face many years in prison for. Surely it would be in the interests of justice for me to put this witness on the stand to show that I am innocent. Certainly such evidence of innocence is what the writers of Rule 33 had in mind when they wrote that new trials may be granted "if the interest of justice so requires."

17. I have acted as speedily as possible in bringing this material to the Court's attention and humbly request that should my motion for judgment of acquittal not be granted on Counts Two and Four that this material be considered and that I be granted a new trial on those counts.

18. I certify under penalty of perjury that all of the foregoing is true to the best of my knowledge and belief.

Respectfully submitted,

Dated: August 25, 2004

_Matthew F. Hale_

MATTHEW HALE, pro se

6

LAW OFFICES

# DURKIN & ROBERTS

THE MONADNOCK BUILDING
SUITE 615
53 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS 60604

THOMAS ANTHONY DURKIN
tdurkin@durkinroberts.com

INDIANA OFFICE
TELEPHONE (219) 872-5600

TELEPHONE (312) 922-8980
FACSIMILE (312) 922-2055

August 16, 2004

**Attorney / Client Privileged Mail**
**Open Only in Presence of Inmate**
Matthew Hale
Reg No. 15177-424
Metropolitan Correctional Center
71 West Van Buren
Chicago, Illinois 60605

Re:  **U.S. v. Hale**
     **No. 03 CR 11**

Dear Matt:

Enclosed please find copies of the Defendant's Proposed Witness List and Defendant's Proposed Exhibit List which you requested.  Also enclosed are copies of our Defense Witness Files.

We did not maintain your hand-written transcripts of the Evola tapes.  Those transcripts were given to Mr. Murphy when we originally provided him with the vast majority of the file.

Best regards,

James P. Durkin

JPD/jpd
Enclosure

*Exhibit A*

Meeting w/ Greenwico

1/6/04

Had discussion that there would

be compliance w/ order as long

as W/coil mma is obliterated

_____ did tell him he could

obliterate mark

Relationship w/ Haee began when

Greenwico contacted Haee after

reading in N/Y Times. Contacted

Haee + indicated was sympathetic

w/ his views.

Exhibit B-1

THINKS MATT CALLED JAMES AMEND

THE JEWISH RAT

WAS MUCH MORE HOSTILE TOWARDS

K&E LAWYERS

HALE & GROVMARD TALKED ABOUT HALE

GOING TO PRISON FOR VIOLATING ORDER

B-2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03 CR 11 |
| | ) | Judge James T. Moody |
| MATTHEW HALE, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S PROPOSED WITNESS LIST

Defendant **MATTHEW HALE**, by and through his attorneys, **THOMAS ANTHONY**

**DURKIN** and **PATRICK W. BLEGEN**, pursuant to the scheduling order orally entered on

August 29, 2003 by Magistrate Judge Andrew Rodovich, discloses the following proposed

witnesses.[1]  Defendant would reserve the right to call additional witnesses as counsel's

investigation and pretrial preparation continues.

Respectfully Submitted,

_____
**THOMAS ANTHONY DURKIN**

_____
**PATRICK W. BLEGEN**, Attorneys for the
Defendant

**DURKIN & ROBERTS**
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 922-8980

_____

[1] Defendant has not listed witnesses it may call who also appear on the government's witness list.

*Exhibit C*

## DEFENSE WITNESS LIST

1. James Amend

2. John Ashcroft

3. John Bash

4. James Burnett

5. Michael Chertoff

6. Thomas Dietkiewicz

7. Ken Dippold

8. Glenn Greenwald

9. Russell Hale

10. Robert LeCates

11. Glenn Miller

12. Kevin O'Shea

13. Reverend Chris Peterson

14. Todd Reardon

15. Kathy Robertazzo

16. Corrinne Ruiz

17. John Schlismann

18. Lucas Sikorski

19. Paul Steadman

20. Hal Turner

C-2