IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS **FILED**

EASTERN DIVISION

SEP 1 0 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
　　　　Plaintiff, )
　　　　　　　　　　 )　No. 03 CR 11
　　v. )
　　　　　　　　　　 )　Judge James T. Moody
MATTHEW HALE, )　(sitting by designation)
　　　　Defendant. )

DOCKETED
SEP 1 4 2004

NOTICE OF FILING

By U.S. Mail to:

Judge James T. Moody
United States District Court
Northern District of Indiana
5400 Federal Plaza
Hammond, IN 46320

M. David Weisman
Asst. U.S. Attorney
219 S. Dearborn St. 5th Floor
Chicago, IL 60604

PLEASE TAKE NOTICE that on this _8th_ day of September, 2004, the undersigned mailed to the Clerk of the District Court for the Northern District of Illinois at Chicago, Illinois, the attached _Reply to Government's Response to Defendant's Filing Entitled Recently Discovered Material in Support of Pending Motion for New Trial_, for filing, a copy of which is hereby served upon you.

Respectfully submitted,

Matthew F. Hale, pro se #15177424
Metropolitan Correctional Center
71 West Van Buren St.
Chicago, IL 60605

236

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

UNITED STATES OF AMERICA, )

       Plaintiff, )

     V. )  03 CR 11

                  )

MATTHEW HALE, )

       Defendant. )  Judge James T. Moody
                      Sitting by designation

SEP 1 0 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

DOCKETED
SEP 1 4 2004

## REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S FILING ENTITLED RECENTLY DISCOVERED MATERIAL IN SUPPORT OF PENDING MOTION FOR NEW TRIAL

MATTHEW HALE, pro se, replies as follows to the government's response:

With all due respect, the government has once again misnamed and mischaracterized one of my filings. In this case, it calls my Recently Discovered Material in Support of Pending Motion for New Trial a "motion" when the title and substance of the filing clearly belie that characterization. I didn't "move" for anything but instead simply provided the Court with further material in support of my pending motion for a new trial that was filed on June 24, 2004. The government's entire response

1



Springs from this fallacy. To repeat, my <u>Recently Discovered Material in Support of Pending Motion for New Trial</u> is <u>not</u> a "motion." Therefore, it is obviously not time-barred and nor does the rest of the government's discussion about motions on the basis of "newly discovered evidence" have any relevance.

My <u>pending</u> Motion for New Trial is based on the contention that the <u>interest of justice</u> requires it. The government though apparently confuses material filed in <u>support</u> of a <u>pending</u> motion for a new trial (filed within the time restriction of Rule 33(b)(2)) with a motion for a new trial grounded on newly discovered evidence filed <u>after</u> the initial post-trial motions have been concluded but within three years of the verdict. The two are clearly not the same. There is nothing in Rule 33(a) that bars me from offering material that clearly supports my contention that the interest of justice requires that I be given a new trial. Material that demonstrates that I thought that the government informant was talking about James Amend and <u>not</u> Judge

Lefkow when he said that he was going to "exterminate" the "Jew rat" is just such material. It would be in the interest of justice for a new trial to be granted so that this evidence of innocence may be heard.

Obviously the government is concerned that the Court may agree; otherwise there would have been little reason to respond to my filing. I submit, however, that the government would have to agree that if I thought that the government informant was talking about James Amend and _not_ Judge Lefkow, that my conviction under 18 U.S.C. sec. 373 would _not_ be "justice." Therefore, why should this Court, which is given the power to order a new trial "if the interest of justice so requires," _not_ consider material that _does_ strongly show that the interest of justice requires that I be given a new trial? While Evola _never did_ refer to a "judge rat," he _did_ refer to a "_lawyer rat_," and Glenn Greenwald's statement to Patrick Blegen shows that I

3

thought the "Jew rat" Evola said "Consider it done" to "exterminating" was indeed a <u>lawyer</u> — specifically James Amend — and <u>not</u> Judge Lefkow.

The government, I note, is seeking (through its version of the offense) that I be sentenced to a term of life imprisonment. While I know that sentencing is a different issue than guilt, I submit that when a man faces life imprisonment totally on a <u>presumption</u> that he thought the government agent was talking about a federal judge, that material that shows that he <u>didn't think that</u> should be considered in support of his motion for a new trial in the interest of justice.

I am in the process of securing Mr. Greenwald's sworn affidavit and will be calling him as a witness at the evidentary hearing if I am granted one.

Respectfully submitted,

Matthew Hale, pro se

4