IN THE UNITED STATES DISTRICT COURT FILED
FOR THE NORTHERN DISTRICT OF ILLINOIS OCT 08 2004
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
    Plaintiff, )
    v. ) No. 03 CR 11
MATTHEW HALE, ) Judge James T. Moody
    Defendant. ) (sitting by designation)

DOCKETED
OCT 12 2004

NOTICE OF FILING

By U.S. Mail to:

Judge James T. Moody
United States District Court
Northern District of Indiana
5400 Federal Plaza
Hammond, IN 46320

M. David Weisman
Asst. U.S. Attorney
219 S. Dearborn St. 5th Floor
Chicago, IL 60604

PLEASE TAKE NOTICE that on this 7th day of October, 2004, the undersigned mailed to the Clerk of the District Court for the Northern District of Illinois at Chicago, Illinois, the attached Affidavit of Glenn Greenwald for filing, a copy of which is hereby served upon you.

Respectfully submitted,

Matthew F. Hale
Matthew F. Hale, pro se #15177424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL 60605

240

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
OCT 08 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03 CR 11 |
| MATTHEW HALE, | ) | Judge James T. Moody |
| Defendant. | ) | (sitting in designation) |

DOCKETED
OCT 12 2004

### Affidavit of Glenn Greenwald

NOW COMES MATTHEW HALE, pro se, offering the attached affidavit(s) in further support of his pending motion for a new trial, filed on June 24, 2004 pursuant to Rule 33(a) and (b)(2) of the Federal Rules of Criminal Procedure:

Respectfully submitted,

_Matthew F. Hale_
Matthew F. Hale

240