**FILED**



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAN 0 6 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MATTHEW HALE,

     Defendant.

No. 03 CR 011
Judge James T. Moody
(sitting by designation)

NOTICE OF FILING

By U.S. Mail to:

**DOCKETED**
JAN 0 7 2005

Judge James T. Moody
United States District Court
Northern District of Indiana
5400 Federal Plaza
Hammond, IN 46320

M. David Weisman
Asst. U.S. Atty.
219 S. Dearborn St.
5th Floor
Chicago, IL 60604

    PLEASE TAKE NOTICE that on this 4th day of January 2005, the undersigned mailed to the Clerk of the District Court for the Northern District of Illinois at Chicago, Illinois the attached Transcript Excerpts in Support of Two Pending Motions to Reconsider Denial of Motion for Judgment of Acquittal on Counts Two and Four, for filing, a copy of which is hereby served upon you.

              Respectfully submitted,

              *[signature]*

Matthew Hale, pro se #15177-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL 60605

255

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**



UAN 0 6 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,  )

    Plaintiff,  )

v.  )      No. 03 CR 011
      Judge James T. Moody

MATTHEW HALE,  )  (sitting by designation)

    Defendant.  )

*DOCKETED*
*JAN 0 7 2005*

### Transcript Excerpts in Support of Two Pending
### Motions to Reconsider Denial of Motion for Judgment of Acquittal
### on Counts Two and Four

Now comes Matthew Hale, pro se, offering the following transcript excerpts

in support of his two pending motions to reconsider the denial of his motion for

judgment of acquittal on Counts Two and Four, stating as follows:

What I said on December 5th in response to Evola's saying "Consider it done" to
the murder of a "Jew rat": "Good"

What I said on December 17th after Evola first announced on December 9th that he
had designs on the life of a "female rat" or Judge Lefkow:

"Here's the thing brother. Here's the thing. I can't be a party to such

a thing." p. 6 lines 2-4

"I just, I'm not party to such a thing..." p.6 lines 28-29

"...the shit's gonna really hit the fan, you know? I mean that type of

stuff..." p. 11 lines 5-9

"...I have to be innocent, which of course, I am..." p.11 lines 14-17

"I just, I just don't have any. I can't, I have no involvement in such a

thing..." p.13 lines 3-5

"Well, you gotta understand I could never, never order such a thing or

instruct or encourage..." p.14 lines 3-6

    Evola: "That Jew rat, you know, she gotta go down I guess, you know."

    Hale: "Well I don't..." p.15 lines 1-5

1

"...I just cannot.  I cannot."  p.15  line 14

"...I just can't, this is too serious.  I just can't ah, yeah, incredible. Anyway, I don't want anything, you know.  I'm not a party of anything...not encouraging anything..."  p.19  line 31 to p.20  line 6

"Okay, well I guess that's the deal on that and ah, I'm sorry that you came so far."  p.20  line 30 to p.21 line 1

Evola:  "...it's gonna be tooken care of, ah, it's what ordered I have followed, but ah..."

Hale:  "You know, I haven't, I haven't given you anything..."  p.21 lines 8-14

"...you gotta understand that if all this would come to pass, it would be a very, very heated situation."  p.26  lines 7-9

Humbly submitted,

Matthew Hale