UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 03 CR 11 |
| | ) | |
| MATTHEW HALE | ) | |

Entry for: January 25, 2005
Honorable JAMES T. MOODY, Judge

It is **ORDERED** by the Court that the **DISPOSITION/SENTENCING** of the above entitled cause be and the same is **SET** for Wednesday, April 6, 2005 at 9:30 a.m., Thursday, April 7, 2005 at 9:30 a.m. and Friday, April 8, 2005 at 9:30 a.m. (if necessary). The U.S. Marshal is **ORDERED** to produce defendant for said proceeding.

COPIES TO:  U.S. Attorney, c/o David Weisman, AUSA
U.S. Marshal
U.S. Probation
Thomas Gibbons, standby counsel for defendant