



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

June 6, 2005

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

**FILE COPY**

RE: United States of America vs. Matthew Hale

U.S.D.C. DOCKET NO. : 03 CR 11

U.S.C.A. DOCKET NO. : 05-1922

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)

FOUR (4) VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE: Original record transmitted 4/28/05 under USCA# 05-1922.

U.S.C.A.—7th Circuit
**RECEIVED**
JUN 7 2005 BT
GINO J. AGNELLO
CLERK

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By: MARSHA GLENN
Marsha E. Glenn, Deputy Clerk

FILE COPY

I, MICHAEL W. DOBBINS, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, the following, to wit, in supplement to the Record on Appeal heretofore certified to your court on 4/28/05.

In the cause entitled: United States of America vs. Matthew Hale

USDC NO. : 03 CR 11

USCA NO. : 05-1922

| DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 5/25/05 | 296 | Transcript of proceedings before Judge Moody on 4/7/04 (1 Vol.) |
| 6/2/05 | 297 | Transcript of proceedings before Judge Moody on 4/7/04, 4/8/04, 4/9/04 (3 Vols.) |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of aforesaid court at Chicago, Illinois, this 6th day of June, 2005.

Michael W. Dobbins, Clerk

By: MARSHA GLENN

Marsha E. Glenn, Deputy Clerk

appsupcer.wpt