SM

July 29, 2022

**FILED**

AUG 02 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S. District Court
Northern District of Illinois
219 S. Dearborn
Room 1637
Chicago, IL 60604-1706

I am enclosing a letter which is to be filed in court, case 1:03-cr-00011. My son Matthew F. Hale has requested a "Compassionate Release" from Judge James T. Moody. Please see that my letter is filed. Thank you!

Evelyn Hutcheson
900 Centennial Dr.
East Peoria, IL 61611

July 29, 2022

Senior Judge James T. Moody
5400 Federal Plaza
Suite 4100
Hammond, IN 46320

Judge James Moody

I am Evelyn Hutcheson, mother of Matthew F. Hale 15177-424. Matthew was given a 40-year sentence and has served 20, most of it in solitary confinement. He has asked you for a 'Compassionate Release', filed on August 25, 2021.

Judge Moody, I am asking that you allow Matthew to come home to me. I am 83 years old, and I desperately need to hold my son and spend the time I have left with him. I have third stage Kidney disease, Atrial Fibrillation and Scoliosis, presently residing in a nursing home. I have only seen Matthew 4 times in the 20 years and only hugged him once.

Matthew has been a stellar prisoner and has had very few write-ups. I believe he deserves to come home. His father died and Matthew could not attend his funeral. Now, I am worried I will die while Matthew is locked away. Matthew needs to be with me, and I need to be with him for the time I have left.

I gave Matthew a special violin on his sixteenth birthday made by a violin maker in Texas. He gave violin lessons for several years and played in many orchestras. I have missed hearing him play for me for so many years.

Judge Moody, I am asking you to give my son back to me. My heart breaks for him.

Sincerely, Evelyn Hutcheson

900 Centennial Drive
East Peoria, IL 61611

Evelyn Hutcheson
800 Centennial Dr.
East Peoria IL 61611

US District Court
Northern District of Illinois
219 S Dearborn Rm 1637
Chicago, IL 60604-1706

PEORIA IL 616
29 JUL 2022 PM 2 T

RECEIVED
2022 AUG -2 AM 8:27