RECEIVED TG
8/3/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



July 29, 2022

Senior Judge James T. Moody
5400 Federal Plaza
Suite 4100
Hammond, IN 46320

Judge James Moody

I am Evelyn Hutcheson, mother of Matthew F. Hale 15177-424. Matthew was given a 40-year sentence and has served 20, most of it in solitary confinement. He has asked you for a 'Compassionate Release', filed on August 25, 2021.

Judge Moody, I am asking that you allow Matthew to come home to me. I am 83 years old, and I desperately need to hold my son and spend the time I have left with him. I have third stage Kidney disease, Atrial Fibrillation and Scoliosis, presently residing in a nursing home. I have only seen Matthew 4 times in the 20 years and only hugged him once.

Matthew has been a stellar prisoner and has had very few write-ups. I believe he deserves to come home. His father died and Matthew could not attend his funeral. Now, I am worried I will die while Matthew is locked away. Matthew needs to be with me, and I need to be with him for the time I have left.

I gave Matthew a special violin on his sixteenth birthday made by a violin maker in Texas. He gave violin lessons for several years and played in many orchestras. I have missed hearing him play for me for so many years.

Judge Moody, I am asking you to give my son back to me. My heart breaks for him.

Sincerely, Evelyn Hutcheson

900 Centennial Drive
East Peoria, IL 61611