IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW HALE,

    Defendant.

Case No. 03 CR-11
Judge Moody (sitting by designation)

FILED
AUG 11 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

<u>Declaration of Matthew Hale in Response to the Order of this Court denying
his Motion for Compassionate Release</u>

I hereby swear under penalty of perjury under the laws of the United States that the following is true and correct to the best of my knowledge and belief.

<u>1</u>. On Thursday July 13, 2023, during a random LEXIS search on the computers of the prison where I reside, I was informed for the first time that the Court had denied my motion for compassionate release way back in February, a whopping five months ago. It turns out that my "lawyer," Tom Durkin, had relied upon a paralegal to send me the decision at the time, which either never occurred or was never received by me if it did. Nor did I receive a copy of it from the Court. In any event, Durkin failed to engage with me further on the matter, assuming inexplicably and for no good reason that I did not care about forfeiting my right to appeal the decision, that I had no input to share concerning the decision, and that in general a rather opinionated fellow such as myself had nothing whatever to say about what is yet another prevarication and mockery of justice. Obviously he should have known better. When have I ever, the past twenty years, forfeited my right to appeal a judgment of this Court?

<u>2</u>. Notably, the reasons why I gave him authorization to file a motion for compassionate release on my behalf in the first place is twofold: 1) I

1

wanted to give you, Judge Moody, the chance to finally do the right thing and end the pathetic and blatant farce of my wrongful imprisonment and 2) I hold Tom Durkin responsible for the fact that I as an innocent man was ever convicted at all. "Let Tom Durkin file the damn motion then" was therefore my attitude. It's not that I had anything to lose and besides, as my dearly beloved mother said to me--whose heart ironically finally gave out a mere five days after the Court issued its decision--"maybe Judge Moody has finally become a human being in his old age." I can only say that I am glad at least that she did not know about the Court's denial when she died.

3. I therefore come to this Court affirming what is true and denying what is false. I do not, and cannot, let go unanswered the false charge that I ever solicited the murder of Judge Lefkow, least of all for reasons of her supposed "Jewish heritage," a contention which happens to make me sick. I am honor-bound to parry such vicious and pernicious claims. No, the evidence of the "case"--what there was of it I guess--is that I was (supposedly) mad at her over an order which she had issued in a trademark civil <u>lawsuit</u>. Her supposedly being "Jewish"--which she <u>isn't</u>--had not a damn thing to do with it. (There is no record evidence whatever that "Judge Lefkow was targeted specifically for her Jewish heritage" as the Court says.) That the Court feels a need to pretend that she was "targeted" by me at all I can understand --after all, the jury erroneously convicted me--but this gratuitous remark about a motive <u>which even the government's case did not allege</u> goes too far. I therefore felt compelled to enlighten, and correct, the Court accordingly.

4. It is also untrue that any "ideology [] motivated [my alleged] crimes in this case." Again, I was supposedly mad about a decision in a trademark lawsuit. "Ideology," including my constitutionally protected Creativity religion, had nothing whatever to do with my purported (but actually non-existent) "crimes." There are numerous Creators in the world who have

2

never been charged with even a single crime. It is absurd therefore to claim that my religious beliefs "led [me] to where [I am] today." I was doing just fine until some assholes sued our church trying to steal our name. And besides, it is the federal government which concocted the bogus "case" against me in the first place. I therefore have nothing to apologize for or feel contrite about and I want to make that perfectly clear. The agent provacateur and I were not even talking about a federal judge in the first place as I have told this Court before. Hence there was no "solication" of her murder. Period. I never should have been arrested let alone charged let alone held without bail let alone convicted let alone denied my freedom on appeal. This Court furthermore should have released me 13-14 years ago via my section 2255 ineffectiveness of counsel motion because I demonstrated beyond all doubt at that time that Tom Durkin had conceded a federal case which simply did not exist (no federal target=no federal crime). Instead this Court twisted my argument into a pretzel in order to deny me my rightful freedom. The idea is ridiculous that Durkin would have had to concede that I had solicited the murder of "someone" by attacking the idea that Judge Lefkow was the "Jew rat" whom Evola had queried about "exterminating." No, he could have attacked both elements of the charge just fine and in fact had a legal duty to do so! You don't "concede" one element of a charge by attacking another element of a charge and even a law student ought to be aware of that fact. See Hale v. United States, 2010 U.S. Dist. LEXIS 73604 (July 22, 2010).

5. Simply put then, the government had no case. It didn't have a federal target, it didn't have a solicitation of violence, and it didn't have intent. It had nothing but a hope and sick, twisted dream. There is no evidence that I did anything wrong here and years and years in prison have not, and will not, persuade me otherwise. I therefore stand by my words. I am the (hideously) aggrieved party here, not the United States of America.

3

6. So yes, I gave this Court the opportunity to correct its horrible miscarriage of justice via a compassionate release motion, just in case the presiding judge had become a "changed man." I had no illusions otherwise, and the Court was wrong to assume that the "changed man" language in our compassionate release motion had to do with a change of my (religious) beliefs. No, not at all. The change is that I recognize fully now just how evil the federal government of the United States truly is, that it will lie about, railroad, and imprison innocent men at will simply because they want social change and happen to think for themselves. As for my religious beliefs, I can only state that they are affirmed a thousand fold by this experience.

7. In conclusion, this Court has said, point blank, that I must remain in prison for another 13 years because I have not abandoned my religious beliefs. Not only is that illegal under the very Constitution of the United States which this Court has sworn to uphold, and anathema to everything which the Republic of our forefathers was founded on--no, not "democracy"--but it is also evil. I will remain in prison if that is what this Court mandates. I will do so, however, with my head held high. You people can kill me if you want to. I will not, however, grovel on my knees to a damnable lie, that I ever solicited anybody's murder. The evil of your rotten, freakshow system will be toppled. It is only a matter of time.

In memory of my beloved parents who knew and cared about the truth, and who suffered with me as long as they possibly could.

Sincerely submitted,

Matthew Hale
_____
Matthew Hale

July 25, 2023

4

Matthew Hale #15177-424
USP Marion CMU
P.O. Box 1000
Marion, IL  62959

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing declaration was placed into the inmate mailing system on July 27th, 2023, postage fully prepaid, addressed to the last known counsel of record for the United States:

David Green
Assistant U.S. Attorney
219 South Dearborn Street  20th Floor
Chicago, IL  60604

_Matthew Hale_
Matthew Hale

Matthew ▓▓▓▓ #15177-424
USP M▓▓▓▓
P.O. Box 1000
Marion, IL 62959



◇15177-424◇
Clerk Of The Us Dist Ct
219 S Dearborn ST
US Courthouse  20th Floor
Chicago, IL 60604
United States



08/11/2023-23



Mailed
7-27